UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                           *

JPK NewCo, LLC                                   *    Case No. 24-00262-ELG
                                                      (Chapter 11)
         Debtor                                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ANSWER TO INVOLUNTARY PETITION
AND ELECTION TO PROCEED UNDER SUBCHAPTER V

JPK NewCo, LLC (the "Debtor"), by Jeffrey M. Orenstein and Wolff & Orenstein, LLC, pursuant to 11 U.S.C. § 303(d), responds to the Involuntary Petition (the "Petition") filed by Shaheen Sariri and states that it generally admits the allegations set forth in the Petition and does not intend to contest the Petition and that it consents to the entry of an Order for Relief so that it may proceed to reorganize its affairs under Chapter 11. The Debtor hereby elects to proceed under the provisions of Subchapter V of Chapter 11 of the Bankruptcy Code.

WHEREFORE, the Debtor respectfully requests that the Court:

A.   Enter an Order for Relief;

B.   Recognize the Debtor's election to proceed under Subchapter V of Chapter 11 of the Bankruptcy Code; and

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            1

C.    Grant such other and further relief as the nature of this cause may require.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 6th day of August, 2024, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC    2

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

    \s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            3