The order below is hereby signed.

Signed: August 7 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 24-00262-ELG |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER FOR RELIEF

On consideration of the Involuntary Petition filed on July 23, 2024, finding that service of the Involuntary Petition and Summons against the above-named Debtor was appropriate, and the Debtor having consented to the entry of an Order for Relief under Chapter 11 of the Bankruptcy Code and having elected to proceed under Subchapter V of Chapter 11 o the Bankruptcy Code, it is this day by the United States Bankruptcy Court for the District of Columbia

ORDERED, that Petitioning Creditor's request for relief is hereby granted; and it is further

1

ORDERED, that this case shall proceed as a case under Subchapter V of Chapter 11 of the Bankruptcy Code.

WE ASK FOR THIS:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for JPK NewCo, LLC

/s/ Kristen E. Burgers
Kristen E Burgers (#500674)
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
(703) 584-8364
kburgers@hirschlerlaw.com

Attorneys for Shaheen Sariri, Petitioning Creditor

cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

    \s\ Jeffrey M. Orenstein
Jeffrey M. Orenstein