GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (D.C. Bar # 446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Telephone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com
*Counsel for Developer RE1, LLC and*
 *423 Kennedy St Holdings, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In Re: <br><br> JPK NEWCO, LLC, <br><br> *Debtor*. | Case No.: 24-00262-ELG <br> Chapter 11 |
|---|---|

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Developer RE1, LLC ("Developer RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy"), by counsel, request that pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned at the following office address and email address:

>James D. Sadowski, Esq.
>Greenstein DeLorme & Luchs, P.C.
>801 17th Street, N.W., Suite 1000
>Washington, D.C.  20006
>Phone:  (202) 452-1400
>Fax:  (202) 452-1410
>Email:  jds@gdllaw.com

8161\0002\4879-5838-3834.v1

Developer RE1 and 423 Kennedy are potentially impacted by the filing of this involuntary case, which they believe was filed by a friendly creditor of the Debtor for the improper purpose of trying to create a "core proceeding" as a jurisdictional bootstrap for the improper removal of two D.C. Superior Court cases by the owners of, and persons affiliated with, the Debtor. *See* ECF No. 5 (signed by Daniel Huertas on behalf of the WCP Fund I, LLC, as Manager, and showing that the Debtor is owned by the WCP Fund I, LLC and SF NU, LLC); *see also* Case No. 24-10023-ELG (adversary proceeding improperly removed to this Court by the WCP Fund I, LLC, DP Capital, LLC, Daniel Huertas, Russell Drazin, and SF NU LLC).

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight delivery, messenger, facsimile, telephone, telegraph, electronic medium, or otherwise filed or made with regard to the referenced case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive either Developer RE1's or 423 Kennedy's: (i) position that Case No. 24-10023-ELG should be remanded to the D.C. Superior Court; (ii) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (iii) right to trial by jury in any proceeding so triable herein or in any related case, controversy, or proceeding; (iv) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (v) right to contest jurisdiction or appropriate venue of the Bankruptcy Court in this proceeding; or (vi) other rights,

8161\0002\4879-5838-3834.v1

claims, actions, defenses, setoffs, or recoupments to which they are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

                Respectfully submitted,

                GREENSTEIN DELORME & LUCHS, P.C.

Dated: August 20, 2024        /s/ James D. Sadowski
                James D. Sadowski, D.C. Bar No. 446635
                801 17th Street, N.W., Suite 1000
                Washington, D.C. 20006
                Phone: (202) 452-1400
                Fax: (202) 452-1410
                Emails: jds@gdllaw.com
                *Counsel for Developer RE1, LLC and*
                 *423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2024, a true copy of the foregoing Notice of Appearance and Request for Service of Papers should be served electronically by a Notice of Electronic filing on all persons receiving notices via the Court's CM/ECF system.

                /s/ James D. Sadowski
                James D. Sadowski

8161\0002\4879-5838-3834.v1