UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                              *

JPK NewCo, LLC                          *    Case No. 24-00262-ELG
                                                        (Chapter 11)
       Debtor                          *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### LINE REGARDING SUPPLEMENTAL VERIFIED STATEMENT OF ATTORNEYS TO BE EMPLOYED BY DEBTOR

TO THE CLERK OF THE COURT:

The Debtor, through Jeffrey M. Orenstein and Wolff & Orenstein, LLC, submits the attached Supplemental Verified Statement of Attorneys to Be Employed by Debtor that is provided in connection with the Court's consideration of the Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for Debtor.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 28th day of August, 2024, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

    \s\ Jeffrey M. Orenstein
    Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC    2