UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | * |
| JPK NewCo, LLC | *   Case No. 24-00262-ELG |
| | (Chapter 11) |
| Debtor | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

SUPPLEMENTAL VERIFIED STATEMENT
OF ATTORNEYS TO BE EMPLOYED BY DEBTOR[1]

Jeffrey M. Orenstein and Wolff & Orenstein, LLC ("W&O"), as the proposed attorneys for JPK NewCo, LLC. (the "Debtor"), Debtor and Debtor-in-Possession, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a), respectfully represent:

1. I, Jeffrey M. Orenstein, am a Member of the law firm of Wolff & Orenstein, LLC, which maintains its principal office for the practice of law at 15245 Shady Grove Road, Suite 465, Rockville, Maryland 20850.

2. I am admitted to practice before the courts of the District of Columbia, including the United States District Court for the District of Columbia, and the United States Bankruptcy Court for the District of Columbia.

---

[1] At the request of the Office of the United States Trustee, the Verified Statement is being supplemented for the purpose of providing detail regarding the funding of the retainer that was disclosed in the Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for Debtor (the "Application") that was previously filed with the Court.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC          1

3.      As disclosed in the Application, W&O has received a retainer in the amount of $23,000.00 to be applied towards services to be rendered and expenses incurred in connection with the Debtor's Chapter 11 proceeding. The retainer is being held by W&O in its trust account.

4.      The amounts that funded the retainer were wired to W&O from the trust account of The VerStandig Law Firm, LLC. Prior to receiving the funds, I inquired and was advised that the funds were funds that The VerStandig Law Firm, LLC had received from the Debtor and had been holding in trust. Being satisfied that the funds were the Debtor's funds, I accepted the funds as W&O's retainer and undertook the engagement that is the subject of the Application.

5.      At the request of the Office of the United States Trustee, I have made further inquiry of The VerStandig Law Firm, LLC regarding the funds that were provided to W&O for its retainer and was advised that the Debtor had provided the funds to The VerStandig Law Firm, LLC to cover legal fees that the Debtor anticipated becoming due to The VerStandig Law Firm, LLC for legal services that it would incur in connection with litigation in which the Debtor anticipated that it would become a party. When the Involuntary Petition was filed against the Debtor prior to the time that the Debtor became a party to the litigation, the Debtor required counsel to provide representation in the bankruptcy case and W&O required a retainer to be engaged. I was advised that The VerStandig Law Firm, LLC was holding $23,000.00 in its trust account that could be made available to fund a retainer and I agreed to accept that amount

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            2

although it is less than the amount I typically would have required for a case of this nature. On July 23, 2024, I provided wiring instructions and on July 24, 2024, the funds were received W&O's trust account where those funds remain today pending an application for an allowance of fees and an Order approving the request for fees in this case.

6. To the best of my knowledge, neither I, W&O, nor any Member or associate of W&O has any connection with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

7. To the best of my knowledge, neither I nor any Member or associate of W&O represents any interest adverse to the Debtor or to the Debtor's Estate in the matters upon which W&O is to be engaged.

I, Jeffrey M. Orenstein, declare under penalty of perjury, that the forgoing is true and correct.

Dated: August 28, 2024         \s\ Jeffrey M. Orenstein
                               JEFFREY M. ORENSTEIN (#428335)
                               Wolff & Orenstein, LLC
                               15245 Shady Grove Road
                               Suite 465, North Lobby
                               Rockville, Maryland  20850
                               (301) 250-7232
                               jorenstein@wolawgroup.com

                               Proposed counsel for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC         3