UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                             *

JPK NewCo, LLC                                     *   Case No. 24-00262-ELG
                                                       (Chapter 11)
        Debtor                                     *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DISCLOSURE OF COMPENSATION
PURSUANT TO FED.R.BANKR.P. 2016(b)

The undersigned, pursuant to Bankruptcy Rule 2016(b), states that:

1. The undersigned is the proposed attorney for the Debtor in this case.

2. The compensation paid or agreed to be paid by or on behalf of the Debtor to the undersigned is:

    a) For legal services to be rendered in connection with this case, Wolff & Orenstein, LLC will be compensated ............................................................. Hourly for Services Rendered

    b) Prior to the filing of this statement, the Debtor has caused to be transferred to Wolff & Orenstein, LLC the sum of ......................................... $23,000.00

3. The Services rendered or to be rendered include the following:

    a) Preparation and filing of the schedules, statement of affairs and other documents required by the court.

    b) Representation of the Debtor at the IDI.

    c) Representation of the Debtor at the meeting of creditors.

    d) Counseling the Debtor in connection with the formulation, negotiation and promulgation of plans of reorganization and related documents.

1

e)  Advising the Debtor concerning, and assisting in the negotiation and documentation of financing agreements, debt restructurings and related transactions.

f)  Reviewing the validity of claims asserted against the Debtor.

g)  Preparing on behalf of the Debtor all necessary and appropriate applications, motions, pleadings, draft orders, notices, and other documents, and reviewing all financial and other reports to be filed in this Chapter 11 case;

h)  Performing all other legal services that Wolff & Orenstein is qualified to handle for or on behalf of the Debtor that may be necessary or desirable in this Chapter 11case and the Debtor's business;

i)  Representing Debtor in Adversary Proceedings or related proceedings to the extent that special counsel is not retained to provide such representation.

4.  The retainer will be held in escrow to pay fees and expenses upon Bankruptcy Court approval.

5.  The source of payments to be made by the Debtor to Wolff & Orenstein, LLC for any balance remaining after application of the retainer, if any, will be from the Debtor's revenues or from the Debtor's principal(s).

6.  The Debtor's funds were the source of the retainer. The mechanism by which the retainer was provided is addressed in detail in the Supplemental Verified Statement filed on August 28, 2024.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC

7.	The undersigned has received no transfer, assignment or pledge of property from Debtor.

8.	The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's Law Firm, any compensation paid or to be paid.

                Respectfully submitted,

Dated: <u>August 28, 2204</u>    <u>\s\ Jeffrey M. Orenstein</u>
                JEFFREY M. ORENSTEIN (#428335)
                Wolff, & Orenstein, LLC
                15245 Shady Grove Road
                North Lobby, Suite 465
                Rockville, Maryland  20850
                (301) 250-7232
                jorenstein@wolawgroup.com

                Proposed Attorneys for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC