IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

**JPK NEWCO LLC.**

Debtor.

Case No.: 24-00262-ELG

Chapter 11 (Subchapter V)

## THE UNITED STATES TRUSTEE'S OBJECTION
## TO EMPLOYMENT APPLICATION OF
## WOLFF & ORENSTEIN, LLC AS ATTORNEYS FOR DEBTOR

Gerard R. Vetter, Acting United States Trustee for Region 4, which includes the District of Columbia, pursuant to 11 U.S.C. § 327 and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, respectfully files this Objection to Employment Application of Wolff & Orenstein, LLC as Attorneys for Debtor.

The grounds for this objection are set forth more fully in the supporting memorandum filed contemporaneously herewith.

Respectfully submitted,

Gerard R. Vetter
Acting United States Trustee for Region 4

Date: September 5, 2024

By: _/s/ Hugh M. Bernstein_
Hugh M. Bernstein
(Fed. Bar No.: MD23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

Attorney for the United States Trustee

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this 5th day of September, 2024, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Columbia and that according to the Court' s CM/ECF system, the following person received electronic service of this document as a result:

- **Kristen E Burgers**    kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**    jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email,

and that no party in entitled to manual service.

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein