IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**JPK NEWCO LLC.**<br><br>Debtor. | Case No.: 24-00262-ELG<br><br>Chapter 11 (Subchapter V) |

### THE UNITED STATES TRUSTEE'S MOTION FOR RETURN OF ALL COMPENSATION RECEIVED FROM OR ON BEHALF OF DEBTOR

Gerard R. Vetter, Acting United States Trustee for Region 4, which includes the District of Columbia, pursuant to 11 U.S.C. §§ 327, 329, and 330, and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, respectfully files this Motion for Return of All Compensation Received From or on Behalf of Debtor.

The grounds for this motion are set forth more fully in the supporting memorandum filed contemporaneously herewith.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order requiring that Jeffrey Orenstein, Orenstein & Wolff, LLC, Maurice B. Verstandig, and the Verstanding Law Firm, return all compensation they have received from or on behalf of the debtor in this case to the person or entity that made such payment.

                                                    Respectfully submitted,

                                                    Gerard R. Vetter
                                                    Acting United States Trustee for Region 4

Date: September 5, 2024          By: /s/ *Hugh M. Bernstein*
                                                    Hugh M. Bernstein
                                                    (Fed. Bar No.: MD23489)
                                                    United States Department of Justice
                                                    101 West Lombard Street, Suite 2625
                                                    Baltimore, Maryland 21201
                                                    (410) 962-4300
                                                    hugh.m.bernstein@usdoj.gov

                                                    Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of September, 2024, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Columbia and that according to the Court's CM/ECF system, the following person received electronic service of this document as a result:

- **Kristen E Burgers**    kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**    jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email,

and that no party in entitled to manual service.

/s/ *Hugh M. Bernstein*  
Hugh M. Bernstein