IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**JPK NEWCO LLC.**<br><br>Debtor. | Case No.: 24-00262-ELG<br><br>Chapter 11 (Subchapter V) |

**NOTICE OF
THE UNITED STATES TRUSTEE'S MOTION FOR RETURN
OF ALL COMPENSATION RECEIVED FROM OR ON BEHALF OF DEBTOR**

NOTICE IS HEREBY GIVEN that the United States Trustee for Region 4 (the "United States Trustee") has filed a Motion for Return of All Compensation Received From or on Behalf of Debtor requesting that the Court enter an order requiring all counsel who have received compensation from the Debtor in this case or on in connection with this case to return such compensation.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE SEPTEMBER 18, 2024, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for SEPTEMBER 25, 2024 at 11:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov

                                        Respectfully submitted,

                                        Gerard R. Vetter
                                        Acting United States Trustee for Region 4

Date: September 5, 2024             By: /s/ *Hugh M. Bernstein*
                                        Hugh M. Bernstein
                                        (Fed. Bar No.: MD23489)
                                        United States Department of Justice
                                        101 West Lombard Street, Suite 2625
                                        Baltimore, Maryland 21201
                                        (410) 962-4300
                                        hugh.m.bernstein@usdoj.gov

                                        Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 5th day of September, 2024, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Columbia and that according to the Court's CM/ECF system, the following person received electronic service of this document as a result:

- **Kristen E Burgers**  kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**  Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**  smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**  jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**  jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**  USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email,

and that no party in entitled to manual service.

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein