22NTCHRG

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JPK NewCo LLC**<br>**Debtor(s).** | Case No. 24-00262-ELG<br><br>Chapter 11 |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that the hearing scheduled for 10:00 AM on 9/25/2024 is reset to 11:00 AM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 9/4/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.