UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

**In re:**                                             **Case No. 24-00262-ELG**

    **JPK NewCo LLC**                            **Chapter 11**
        **Debtor**

**ORDER TO SHOW CAUSE**

    The Debtor had until **09/09/2024** to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 25).** The Debtor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

    The Debtor(s) shall appear at a hearing before this court on **09/25/2024 at 9:30AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor(s) bankruptcy case should not be dismissed and/or why the pleading should not be stricken from the record for failure to timely cure the deficiencies.

                                          For the Court:
                                          Angela D. Caesar
                                          BY: MB
                                          Dated: 09/10/2024

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00262-ELG
JPK NewCo LLC     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Sep 10, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2024 at the address(es) listed below:

**Name**     **Email Address**

Hugh M Bernstein
    on behalf of U.S. Trustee U. S. Trustee for Region Four hugh.m.bernstein@usdoj.gov

James D. Sadowski
    on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
    on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

Jeffrey M. Orenstein
    on behalf of Debtor JPK NewCo LLC jorenstein@wolawgroup.com kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Kristen E Burgers
    on behalf of Petitioning Creditor Shaheen Sariri kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

District/off: 0090-1 | User: admin | Page 2 of 2
---|---|---
Date Rcvd: Sep 10, 2024 | Form ID: pdf001 | Total Noticed: 1

Maurice Belmont VerStandig
   on behalf of Debtor JPK NewCo LLC mac@mbvesq.com
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz
   smetz@offitkurman.com MD71@ecfcbis.com

U. S. Trustee for Region Four
   USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 9