**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00262-ELG** |
| **JPK NewCo LLC**<br>**Debtor(s).** | **Chapter 11** |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the show cause hearing scheduled for 9/25/2024 is rescheduled to 11:00 AM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 9/17/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.