UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                                                  *

JPK NewCo, LLC                                                *        Case No. 24-00262-ELG
                                                                                  (Chapter 11)

        Debtor                                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PRAECIPE REGARDING NOTICE OF CASE FILING DEFICIENCY

TO THE CLERK OF THE COURT:

      Undersigned proposed counsel for the Debtor received the Court's Notice of Case Filing Deficiency (the "Notice") which required the filing of certain documents within three days after the issuance of the Notice and which required the filing of other documents on or before September 18, 2024. Undersigned proposed counsel misread the Notice and calendared the filing of all of the documents on September 18, 2024. Under normal circumstances, undersigned proposed counsel would have been prepared to have all of the required documents filed on or before September 18, 2024, and had been in the process of preparing for the filing of all of those documents. However, on September 17, 2024, the Office of the United States Trustee filed a Supplemental Memorandum that leveled serious and outrageous claims against proposed undersigned counsel in connection with this case. Under the circumstances presented, and based upon the allegations contained in the Supplemental Memorandum, proposed undersigned counsel is not in a position to file any documents on behalf of the Debtor at this time. On September 10,

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC       1

2024, the Court entered an Order to Show Cause with regard to the first batch of documents that were due to have been filed and set a hearing for September 25, 2024.  The Court had previously scheduled a hearing in this same case for 11:00 that same day and undersigned proposed counsel believes that it wold make sense to move the hearing on the Show Cause Order to that same 11:00 time slot should the Court feel that would be the best use of its time.  Undersigned proposed counsel will be prepared to address this issue further at 9:30 if the hearing is not combined with the hearing on the other matters scheduled in this case.  Regardless, having considered this matter with the utmost seriousness and caution, and certainly meaning no disrespect to the Court, undersigned proposed counsel thought it best to go on record to explain why he did not believe that he cold file documents on behalf of the Debtor and, therefore, why no documents would be filed at this time.

            Respectfully submitted,

            \s\ Jeffrey M. Orenstein
            JEFFREY M. ORENSTEIN (#428335)
            Wolff, & Orenstein, LLC
            15245 Shady Grove Road
            North Lobby, Suite 465
            Rockville, Maryland  20850
            (301) 250-7232
            jorenstein@wolawgroup.com

            Proposed Attorneys for JPK NewCo, LLC

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC   2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 18th day of September, 2024, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq. @ kburgers@hirschlerlaw.com
Kristen S. Eustis, Esq. @ Kristen.S.Eustis@usdoj.gov
Maurice Belmont VerStandig, Esq. @ mac@mbvesq.com
James D. Sadowski, Esq. @ jds@gdllaw.com
Hugh M. Bernstein, Esq. @ hugh.m.bernstein@usdoj.gov
Stephen A. Metz, Esq. @ smetz@offitkurman.com  and MD71@ecfcbis.com

      \s\ Jeffrey M. Orenstein
      Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC      3