**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00262-ELG |
| **JPK NewCo LLC**<br>Debtor(s). | Chapter 11 |

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that the show cause hearing scheduled for 9/25/2024 is rescheduled to 11:00 AM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 9/17/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00262-ELG |
| JPK NewCo LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Sep 17, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

**Recip ID       Recipient Name and Address**
db           + JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

**Name                Email Address**

Hugh M Bernstein
on behalf of U.S. Trustee U. S. Trustee for Region Four hugh.m.bernstein@usdoj.gov

James D. Sadowski
on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com

James D. Sadowski
on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com

Jeffrey M. Orenstein
on behalf of Debtor JPK NewCo LLC jorenstein@wolawgroup.com kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

Kristen E Burgers
on behalf of Petitioning Creditor Shaheen Sariri kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen S. Eustis
on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 17, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Maurice Belmont VerStandig
    on behalf of Debtor JPK NewCo LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz
    smetz@offitkurman.com MD71@ecfcbis.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 9