# WOLFF & ORENSTEIN, LLC
ATTORNEYS AT LAW
SHADY GROVE PLAZA
15245 SHADY GROVE ROAD
SUITE 465, NORTH LOBBY
ROCKVILLE, MARYLAND 20850

---

(301) 250-7232
TELECOPIER (301) 816-0592

July 30, 2024

JPK NewCo LLC
c/o Daniel Huertas
WCP Fund, I, LLC, Manager
8401 Greensboro Drive
Suite 960
McLean, Virginia 221002

      Re:    In re JPK NewCo LLC
               United States Bankruptcy Court for the District of Columbia
               Case No. 24-00262-ELG

Dear Mr. Huertas:

      Further to our communications, this letter shall confirm the arrangements under which Wolff & Orenstein, LLC ("W&O") shall be engaged to represent JPK NewCo LLC ("JPK") as counsel with regard to Shaheen Sariri's filing of an Involuntary Petition against JPK. The Petition was filed as a Chapter 11 Petition and it is my understanding that JPK would not contest the Petition and would elect to proceed under Subchapter V of Chapter 11 of the Bankruptcy Code.

      As we discussed, for the legal services to be rendered, and subject to the approval of the United States Bankruptcy Court for the District of Maryland, JPK has agreed to pay W&O an initial retainer of Twenty-Three Thousand Dollars ($23,000.00). By this letter, I confirm that the retainer has been received into my trust account and will remain there pending further Order of the Court. Because the case was filed against JPK, we do not have to pay the filing fee of One Thousand Seven Hundred Thirty Eight Dollars ($1.738.00). The retainer is not intended to be an estimate of the total fees and costs related to this bankruptcy case. Rather, the retainer is an amount that is required for this firm to agree to undertake the representation. The retainer shall be credited against the fees charged and out-of-pocket expenses incurred by our firm, such fees and expenses being subject to approval of the Bankruptcy Court.

      JPK has agreed to compensate W&O on an hourly basis. While many hearings and related events may be conducted virtually, others will be in-person and for in-person hearings, depositions, examinations, and the like, our time is billed door-to-door. The current rates of the timekeepers that we presently anticipate may be involved in this matter are as follows:

To: JPK NewCo LLC  
Page: 2

July 30, 2024

    Jeffrey M. Orenstein      $490.00  
    Matthew Abbott          $290.00  
    Paralegals/Legal Assistants: $150.00

    W&O reserves the right to assign tasks to other professionals not specifically identified above. All hourly rates are subject to increase at the beginning of each year and you will be notified of any changes in advance. Over the course of our representation, you will receive itemized invoices describing the services that we have provided and setting out the expenses that were incurred in providing our representation during the period covered by the invoice. The invoices will generally be provided for informational purposes only as W&O is not permitted to apply the retainer to its invoices without the filing of an Application and approval by the Court. Pursuant to applicable law, and prior to confirmation of a Plan, once we have made an initial request to the Court for compensation, we can request approval for additional interim compensation every 120 days. Subject to Court approval, we can credit the amounts approved against the retainer balance. Upon Court approval, the retainer shall be credited against the balances reflected on the invoices. If, at any point during the course of the representation, the retainer has been depleted after being applied to a current invoice, the balances approved by the Court will be due within twenty (20) days after the issuance of the invoice unless other acceptable arrangements have been made in advance.

    The engagement of W&O as counsel is based upon the document titled Terms of Engagement for Legal Services. By signing this letter, JPK acknowledges having received and understood the terms of Engagement for Legal Services. To confirm that the arrangements outlined are acceptable, please sign this letter where indicated on the following page and return the signed agreement. Upon receipt, we will prepare an Application seeking the Court's approval of our employment.

    We are very pleased to have the opportunity to represent JPK and we welcome comments and assistance at any time from you or your other professional advisors. Should you have any questions regarding any of the terms contained in this engagement agreement or should you ever have questions regarding the progress of this case, please contact me.

                                                   Very truly yours,

                                                WOLFF & ORENSTEIN, LLC

                                                By: Jeffrey M. Orenstein, Member

To:   JPK NewCo LLC                                              July 30, 2024
Page: 3

ACCEPTED AND APPROVED:

JPK NewCo LLC

By: _____
    Daniel Huertas on behalf of WCP Fund, I,
    LLC, Manager

## TERMS OF ENGAGEMENT FOR LEGAL SERVICES
## PROVIDED TO A DEBTOR IN A BANKRUPTCY CASE

This statement sets forth the terms of our engagement as your lawyers. Unless modified by both you and our firm in writing, these terms will be an integral part of our agreement with you.

**The Scope of Our Work** - The legal services we will provide are described in the accompanying letter. We will at all times act on your behalf to the best of our ability. Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

**Who Will Provide the Legal Services** - Customarily, each client of the firm is served by a principal attorney contact. The principal attorney should be someone in whom you have confidence and with whom you enjoy working. Subject to the supervisory role of the principal attorney, your work or parts of it may be performed by other lawyers and legal assistants in the firm. Such delegation may be for the purpose of involving lawyers or legal assistants with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis.

**How Fees Will Be Set** - We will keep accurate records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, attendance at depositions, court appearances, and other related matters. We record our time in units of tenths of an hour. We will issue invoices monthly for the time devoted to your matters, based on our hourly rates in effect.

The hourly rates of our lawyers and legal assistants are reviewed annually to reflect current levels of legal experience and expertise, changes in overhead costs, and other factors. Many of our attorneys have developed special expertise in particular areas of law and are able to deliver services in their specialty areas with greater efficiency. These lawyers are sometimes assigned both regular and specialty rates. Their time will be charged at a specialty rate when they provide services in their specialty areas.

**Out-of-Pocket Expenses** - We typically incur on behalf of our clients a variety of out-of-pocket costs and expenses arising in connection with legal matters, including charges made by government agencies and service vendors as well as clerical charges. Whenever such costs are incurred, we will carefully itemize and bill them. Typical of such costs are long distance telephone charges; messenger, courier, and express delivery charges; computer research; printing and reproduction costs; filing fees; deposition and transcript costs; witness fees; travel expenses; and charges made by outside experts and consultants, including accountants, appraisers, and other legal counsel (unless arrangements for direct billing have been made). We incur outside costs as authorized agents for our clients and incur internal expenses on behalf of our clients, who agree that these costs will be paid upon approval by the United States Bankruptcy Court.

**Retainers and Trust Deposits** - We will initially deposit any retainers into our attorneys' trust account, and as our legal services are rendered, we will draw on the escrow funds in payment of our charges. Once the bankruptcy case has been filed, draws on the escrowed funds will only be made following the entry of an Order by the United States Bankruptcy Court. On conclusion of our representation, we agree to return to you the remaining balance, if any, of any retainer not otherwise credited against fees. When a retainer is exhausted, fees will be payable by you on a monthly basis. When appropriate, we may request additional retainers.

Deposits are frequently requested to cover costs and expenses. We will initially deposit these funds in our attorneys' trust account and disburse them as expenses and costs are incurred. Any amount remaining upon conclusion of the case will be returned to you.

**Termination** - You may terminate our representation at any time, with or without cause, by notifying us. Your papers and property will be returned to you promptly upon receipt of payment for outstanding fees, expenses and costs approved by the United States Bankruptcy Court, including costs associated with returning the files. Our own files pertaining to the case will be retained by us. Termination of our services will not affect your responsibility for payment of legal services rendered and expenses and costs incurred before termination and in connection with an orderly transition of the matter.

We are subject to the Maryland Rules of Professional Conduct which lists several types of conduct or circumstances that require or allow us to withdraw from representing a client: nonpayment of fees or costs; misrepresentation or failure to disclose material facts; action contrary to our advice; and conflict of interest with another client. We try to identify in advance and discuss with our client any situation that may lead to our withdrawal, and, if withdrawal ever becomes necessary, we immediately give the client written notice of our withdrawal.

**Bill Arrangement and Terms of Payment** - We issue invoices on a regular basis, normally each month, for both fees and disbursements. You agree to make payment promptly after receiving an Order from the United States Bankruptcy Court approving our fees. A late payment charge will be imposed on unpaid account balances at the rate of one and one-half percent (1-1/2%) for each month in which the balance remains unpaid, beginning one (1) month after the month in which the invoice was mailed to you.

If your account becomes delinquent, you agree to bring the account current. If the delinquency continues and you do not arrange satisfactory payment terms, we reserve the right to withdraw from the representation and pursue collection of your account. You agree to pay the costs of collecting the debt, including court costs, filing fees, and reasonable attorneys' fee.

**Questions About Charges** - If you wish to question or receive an explanation concerning any invoice, please speak to your principal attorney contact or with the firm's billing supervisor. Typically, such inquiries are informally resolved.