**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | |
| **JPK NEWCO, LLC** | **Case No. 24-00262-ELG** |
| **Debtor.** | **Chapter 11** |

### ORDER DISMISSING CASE

Upon consideration of the motion filed by the Acting United States Trustee for Region 4 ("U.S. Trustee") to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) ("Motion"), and good cause having been shown for the requested relief, it is, by the United States Bankruptcy Court for the District of Columbia hereby

ORDERED that the motion of the Acting United States Trustee is hereby granted and this case is hereby DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed below and give notice of this order to all parties listed on the mailing matrix.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov


Copies to:

JPK NewCo LLC
8401 Greensboro Drive, Suite 960
McLean, VA 22102

Hugh M Bernstein hugh.m.bernstein@usdoj.gov

Kristen E Burgers kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com; mwolff@wolawgroup.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix


**END OF ORDER**