IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**JPK NEWCO LLC.**<br><br>Debtor. | Case No.: 24-00262-ELG<br><br>Chapter 11 (Subchapter V) |

**LINE WITHDRAWING
THE UNITED STATES TRUSTEE'S MOTION FOR RETURN
OF ALL COMPENSATION RECEIVED FROM OR ON BEHALF OF DEBTOR**

Gerard R. Vetter, Acting United States Trustee for Region 4, which includes the District of Columbia, hereby withdraws the Motion for Return of All Compensation Received From or on Behalf of Debtor filed as document 22 on September 4, 2024.

Respectfully submitted,

Gerard R. Vetter
Acting United States Trustee for Region 4

Date: September 25, 2024

By: /s/ *Hugh M. Bernstein*
Hugh M. Bernstein
(Fed. Bar No.: MD23489)
United States Department of Justice
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
(410) 962-4300
hugh.m.bernstein@usdoj.gov

Attorney for the United States Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 25th day of September, 2024, a copy of the foregoing document was filed electronically in the United States Bankruptcy Court for the District of Columbia and that according to the Court's CM/ECF system, the following person received electronic service of this document as a result:

- **Kristen E Burgers**  kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**  Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**  smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**  jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**  jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**  USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**  mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email,

and that no party in entitled to manual service.

/s/ *Hugh M. Bernstein*
Hugh M. Bernstein