Signed: September 30, 2024

**Each of the parties listed in the service list shall receive service through the CM/ECF system and no further service of this Order is necessary.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                             *

JPK NewCo, LLC                          *     Case No. 24-00262-ELG
                                                          (Chapter 11)
      Debtor                              *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING APPLICATION TO EMPLOY
<u>WOLFF & ORENSTEIN, LLC AS ATTORNEYS FOR DEBTOR</u>

      The Court having conducted a hearing on September 25, 2024, to consider the Application for Authority to Employ Wolff & Orenstein, LLC as Attorneys for the Debtor (the "Application"), the Verified Statement of Jeffrey M. Orenstein, the Supplemental Verified Statement of Jeffrey M. Orenstein, and the oppositions to the Application filed by Developer RE1 LLC, 423 Kennedy St Holdings LLC, and the United States Trustee (collectively the "Objections"), the Court having determined that Jeffrey M. Orenstein is an attorney duly authorized to practice in the United States Bankruptcy Court for the District of Columbia, and for the reasons stated on the record in open Court, having determined that Jeffrey M. Orenstein and

Wolff & Orenstein, LLC do not hold any interest adverse to the Debtor, and that Jeffrey M. Orenstein and Wolff & Orenstein, LLC are disinterested persons within the meaning set forth in 11 U.S.C. § 101(14), it is this day by the United States Bankruptcy Court for the District of Columbia

     ORDERED, that the Objections be, and hereby are, overruled; and it is further

     ORDERED, that effective as of August 6, 2024, the date the Debtor filed its Application, the Debtor be, and hereby is, authorized to, employ Jeffrey M. Orenstein and Wolff & Orenstein, LLC as counsel to the Debtor; and it is further

     ORDERED, that any compensation paid to Jeffrey M. Orenstein and Wolff & Orenstein, LLC is subject to the review of this Court, in conformity with governing law.

I ask for this:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Proposed Attorneys for JPK NewCo, LLC

cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, Maryland 21201
hugh.m.bernstein@usdoj.gov

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

**END OF ORDER**