# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
|    JPK NEWCO, LLC | * | Case No.: 24-00262 |
| | * | |
| | * | |
|    Debtor | * | Chapter 11 |

*************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 2d day of October, 2024, I served a copy of the Debtor's Schedules, Declaration, Statement of Financial Affairs, List of Equity Security Holders, and Verification of Creditor Matrix by CM/ECF to all parties requesting electronic notices, including:

Office of the U.S. Trustee

 

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein, Esq. (07512)
**WOLFF & ORENSTEIN, LLC**
15245 Shady Grove Road, Suite 465 North
Rockville, MD 20850
(301) 250-7232
Email: jorenstein@wolawgroup.com
Attorney for Debtor

 

Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC.
15245 Shady Grove Road
Suite 465 North Lobby
Rockville, MD 20850
(301) 250 - 7232