**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 24-00262-ELG** |
| **JPK NewCo LLC,** | **Chapter 11** |
| **Debtor.** | |

**<u>NOTICE OF CONTINUED MEETING OF CREDITORS</u>**

NOTICE IS HEREBY GIVEN that the meeting of creditors held on Monday, September 30, 2024 at 1:00 p.m., **has been continued to Tuesday, October 29, 2024 at 10:00 a.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  October 4, 2024

Gerard R. Vetter,
Acting United States Trustee, Region Four

By: *<u>/s/ Kristen S. Eustis</u>*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

## **Certificate of Service**

I hereby certify that on October 4, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Hugh M Bernstein hugh.m.bernstein@usdoj.gov

Kristen E Burgers kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com; mwolff@wolawgroup.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Robert W. Ours
Robert W. Ours
Paralegal Specialist