UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                         *

JPK NewCo, LLC                                 *    Case No. 24-00262-ELG
                                                    (Chapter 11 - Subchapter V)
           Debtor                              *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO EXTEND DEADLINE FOR HOLDING STATUS CONFERENCE

JPK NewCo, LLC, Debtor and Debtor-in-Possession (the "Debtor"), by JEFFREY M. ORENSTEIN and WOLFF & ORENSTEIN, LLC ("Counsel"), pursuant to 11 U.S.C. § 1188(b), files this Motion seeking an extension of the deadline for the conduct of the status conference required by 11 U.S.C. § 1188(a). In support thereof, the Debtor states as follows:

Jurisdiction and Venue

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 1188. This matter is a core proceeding, pursuant to 28 U.S.C. §157(b)(2)(A).

2.      Venue lies properly in this Court, pursuant to 28 U.S.C. §§ 1408 and 1409.

Background

3.      On July 23, 2024 (the "Petition Date"), Shaheen Sariri filed an Involuntary Petition (the "Petition") against the Debtor for relief under Chapter 11 of the Bankruptcy Code.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC                               1

4. On August 6, 2024, the Debtor timely filed its Answer and consented to the entry of an Order for Relief. In its Answer, the Debtor elected to proceed under Subchapter V of Chapter 11 of the Bankruptcy Code.

5. That same day, the Debtor filed an Application to retain Counsel as its attorneys in this bankruptcy case (the "Application").

6. On August 7, 2024, the Court entered an Order for Relief in this bankruptcy case.

7. On August 20, 2024, 423 Kennedy St Holdings LLC and Developer RE1 LLC filed an Objection to the Application.

8. On September 4, 2024, the Office of the United States Trustee (the "UST") also filed an Objection to the Application.

9. On September 4, 2024, the UST filed a separate Motion seeking to have Counsel disgorge the funds that had been provided as a retainer (the "Disgorgement Motion").

10. With objections to the approval of its proposed counsel having been lodged, the Debtor's case effectively became held in suspense as the parties awaited the Court's ruling on the objections so that the Debtor would know if it had counsel to provide representation in the case.

11. On September 25, 2024, the Court conducted a hearing on the Application and the objections thereto and overruled the objections.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC                    2

12. That same day, facing the filing of a Motion under Bankruptcy Rule 9011, and realizing that there had been no good faith basis for the filing of its Disgorgement Motion, the UST filed a Line withdrawing the Disgorgement Motion.

13. By Order entered September 30, 2024, the Application was granted and the Debtor finally had attorneys that could provide representation in the case.

14. As a result of the disruption caused by this series of events, the Debtor's Section 341 Meeting has not yet been conducted.

15. Also as a result of the disruption caused by this series of events, the Court has not yet scheduled the Status Conference required by 11 U.S.C. § 1188(a).

## Relief Requested

16. Section 1188(a) of the Bankruptcy Code provides:

> Except as provided in subsection (b), not later than 60 days after the entry of the order for relief under this chapter, the court shall hold a status conference to further the expeditious and economical resolution of a case under this subchapter.

17. Section 1188(b) of the Bankruptcy Code provides:

> The court may extend the period of time for holding a status conference under subsection (a) if the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable.

18. As noted above, the Order for Relief was entered on August 7, 2024.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC                3

19. The Status Conference required by Section 1188(a) of the Bankruptcy Code is presently required to be held on or before Monday, October 7, 2024.

20. That hearing has not yet been scheduled by the Court and clearly will not be held on or before October 7, 2024.[1]

21. Upon being served with the Summons and Involuntary Petition, the Debtor timely filed its Answer.

22. At the same time that the Debtor filed its Answer, the Debtor filed the Application seeking to employ Counsel.

23. The Debtor has filed its Schedules and Statement of Financial Affairs and has actively participated in this case.

24. Despite these facts, the Debtor's case has languished because of the objections to the Application.

25. The Debtor was not been responsible for the delay in scheduling and conducting the Status Conference and should not justly be held accountable for the delay.

WHEREFORE, for all of the reasons set forth above, the Debtor respectfully requests the entry of an Order:

---

[1] Pursuant to 11 U.S.C. § 1188(c), the Debtor is required to file a report not later than fourteen (14) days prior to the Status Conference. The Court's Order authorizing the employment of Counsel was entered less than fourteen (14) days prior to October 7, 2024.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC

4

A.    Determining that the Debtor should not justly be held accountable for the delay in conducting the Status Conference required by 11 U.S.C. § 1188(a);

B.    Extending the deadline for holding the status conference required by 11 U.S.C. § 1188(a); and

C.    Granting such other and further relief as is just and equitable.

Respectfully submitted,

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on the 5th day of October, 2024, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street,
Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC

5

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
hugh.m.bernstein@usdoj.gov

Stephen A. Metz, Subchapter V Trustee
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
smetz@offitkurman.com

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive, Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

          \s\ Jeffrey M. Orenstein
          Jeffrey M. Orenstein

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo, LLC    6