UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                          *

JPK NewCo, LLC                                  *    Case No. 24-00262-ELG
                                                     (Chapter 11)
       Debtor                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER EXTENDING TIME TO CONDUCT STATUS CONFERENCE

Upon consideration of the Motion to Extend Deadline for Holding Status Conference (the "Motion"), the Court having determined that the Debtor should not justly be held accountable for the delay in conducting the Status Conference required by 11 U.S.C. § 1188(a) and that cause exists to grant the relief requested in the Motion, it is this day by the United States Bankruptcy Court for the District of Columbia

ORDERED, the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Court shall schedule a date for the Status Conference and provide notice to parties-in-interest.

I ask for this:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC


cc:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 West Lombard Street, Suite 2625
Baltimore, Maryland 21201
hugh.m.bernstein@usdoj.gov

Stephen A. Metz, Subchapter V Trustee
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
smetz@offitkurman.com

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

**END OF ORDER**