**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:                                                                  **Case No. 24-00262-ELG**

                **JPK NewCo LLC**                                       **Chapter 11**
                **Debtor**

<u>**ORDER DISCHARGING ORDER TO SHOW CAUSE**</u>

On 09/10/20024, the Court issued an Order to Show Cause (ECF No. 29). The Filer having complied with the Order to Show Cause, it is

ORDERED that the Court's Order to Show Cause is DISCHARGED.

                            For the Court:
                            Angela D. Caesar
                            BY: MB
                            Dated: 10/07/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                          Case No. 24-00262-ELG

JPK NewCo LLC                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                                     User: admin                                                Page 1 of 2

Date Rcvd: Oct 07, 2024                            Form ID: pdf001                                     Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2024                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Hugh M Bernstein | on behalf of U.S. Trustee U. S. Trustee for Region Four hugh.m.bernstein@usdoj.gov |
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com  mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com  mer@gdllaw.com |
| Jeffrey M. Orenstein | on behalf of Debtor JPK NewCo LLC jorenstein@wolawgroup.com  kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Kristen E Burgers | on behalf of Petitioning Creditor Shaheen Sariri kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |

District/off: 0090-1                                     User: admin                                     Page 2 of 2
Date Rcvd: Oct 07, 2024                                  Form ID: pdf001                                 Total Noticed: 1

Maurice Belmont VerStandig
                          on behalf of Debtor JPK NewCo LLC mac@mbvesq.com
                          lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz
                          smetz@offitkurman.com  MD71@ecfcbis.com

U. S. Trustee for Region Four
                          USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 9