11:18 AM  
08/20/24  
Accrual Basis

# JPK NewCo LLC
# Balance Sheet
### As of July 31, 2024

|  | Jul 31, 24 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 Operating Bank Account | 935.00 |
| **Total Checking/Savings** | 935.00 |
| **Other Current Assets** | |
| 1230 Notes Receivable | 26,000.00 |
| 1400 Prepaids | 23,000.00 |
| **Total Other Current Assets** | 49,000.00 |
| **Total Current Assets** | 49,935.00 |
| **TOTAL ASSETS** | **49,935.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| 2700 Notes Payable | 50,000.00 |
| **Total Long Term Liabilities** | 50,000.00 |
| **Total Liabilities** | 50,000.00 |
| **Equity** | |
| Net Income | -65.00 |
| **Total Equity** | -65.00 |
| **TOTAL LIABILITIES & EQUITY** | **49,935.00** |