| | |
|---|---|
| 11:16 AM | **JPK NewCo LLC** |
| 08/20/24 | **Profit & Loss** |
| Accrual Basis | **January through July 2024** |

|  | Jan - Jul 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| **6200 Bank Service Charges** | 65.00 |
| **Total Expense** | 65.00 |
| **Net Ordinary Income** | -65.00 |
| **Net Income** | **-65.00** |