11:21 AM

08/20/24

**JPK NewCo LLC**

**Statement of Cash Flows**

**January through July 2024**

|  | Jan - Jul 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -65.00 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| **1230 Notes Receivable** | -26,000.00 |
| **1400 Prepaids** | -23,000.00 |
| **Net cash provided by Operating Activities** | -49,065.00 |
| **FINANCING ACTIVITIES** | |
| **2700 Notes Payable** | 50,000.00 |
| **Net cash provided by Financing Activities** | 50,000.00 |
| **Net cash increase for period** | 935.00 |
| **Cash at end of period** | **935.00** |