# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JPK NEWCO LLC | CASE NO: 24-00262<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 10/11/2024, I did cause a copy of the following documents, described below,

Amended Order Granting Motion to Extend and Subchapter V Scheduling Order

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/11/2024

/s/ Jeffrey Orenstein
Jeffrey Orenstein  07512

Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850
301 250 7232
jwolff@wolawgroup.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

IN RE:

JPK NEWCO LLC

CASE NO: 24-00262

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 10/11/2024, a copy of the following documents, described below,

Amended Order Granting Motion to Extend and Subchapter V Scheduling Order

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/11/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road, Suite 465N
Rockville, MD  20850

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
00901
CASE 24-00262-ELG
UNITED STATES BANKRUPTCY COURT FOR THE DISTRI
WASHINGTON DC
FRI OCT 11 12-38-56 EDT 2024

423 KENNEDY ST HOLDINGS LLC
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

HUGH M BERNSTEIN
101 WEST LOMBARD STREET
STE 2625
BALTIMORE MD 21201-2668

KRISTEN E BURGERS
HIRSCHLER FLEISCHER
1676 INTERNATIONAL DRIVE
SUITE 1350
TYSONS VA 22102-4940

CHILD SUPPORT SERVICES DIVISION
OFFICE OF THE ATTORNEY GENERAL
JUDICIARY SQUARE 441 4TH STREET NW
5TH FLOOR
WASHINGTON DC 20001

DC OFFICE OF TAX AND REVENUE
BANKRUPTCY DIVISION
1101 4TH STREET SW
WASHINGTON DC 20024-4457

DC UNEMPLOY COMP BOARD
6TH AND PENNA AVE NW
WASHINGTON DC 20001-2106

DC UNEMPLOY COMP BOARD
609 H ST NE
ROOM 3530367
WASHINGTON DC 20002-7184

DEVELOPER RE1 LLC
1629 K STREET NW
SUITE 300
WASHINGTON DC 20006-1631

DISTRICT UNEMPLOYMENT COMPENSATION BOARD
4058 MINNESOTA AVE NE
4TH FLOOR
WASHINGTON DC 20019-3540

KRISTEN S EUSTIS
OFFICE OF THE UNITED STATES TRUSTEE
1725 DUKE STREET
STE 650
ALEXANDRIA VA 22314-3489

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

DEBTOR
JPK NEWCO LLC
8401 GREENSBORO DRIVE
SUITE 960
MCLEAN VA 22102-5149

STEPHEN A METZ
OFFIT KURMAN PA
7501 WISCONSIN AVE SUITE 1000W
BETHESDA MD 20814-6604

OFC OF CORP COUNSEL
1 JUDICIARY SQ
441 4TH ST NW
6TH FL NORTH STE 1060
WASHINGTON DC 20001-2714

OFFICE OF ATTORNEY GENERAL
TAX BANKRUPTCY AND FINANCE
ONE JUDICIARY SQUARE
441 4TH STREET NW
6TH FLOOR
WASHINGTON DC 20001-2714

JEFFREY M ORENSTEIN
WOLFF ORENSTEIN LLC
15245 SHADY GROVE ROAD
SUITE 465
ROCKVILLE MD 20850-7203

CARLYN WINTER PRISK
US ENVIRONMENTAL PROTECTION AGENCY
REGION III 3HS62
1650 ARCH ST
PHILADELPHIA PA 19103-2029

JAMES D SADOWSKI
GREENSTEIN DELORME LUCHS PC
801 17TH STREET NW
SUITE 1000
WASHINGTON DC DC 20006-3967

SHAHEEN SARIRI
8305 GREENSBORO DRIVE
UNIT 2319
MCLEAN VA 22102-7396

SECRETARY OF THE TREASURY
15TH AND PENNSYLVANIA AVENEU NW
WASHINGTON DC 20220-0001

SECURITIES AND EXCHANGE COMMISSION
ATLANTA REGIONAL OFFICE
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD NE STE 900
ATLANTA GA 30326-1382

U S TRUSTEE FOR REGION FOUR
U S TRUSTEES OFFICE
1725 DUKE STREET
SUITE 650
ALEXANDRIA VA 22314-3489

US ATTORNEYS OFFICE
CIVIL DIVISION
601 D STREET NW
WASHINGTON DC 20530-0034

US ENVIRONMENTAL PROTECTION AGENCY
US EPA REGION 3
ATTN- BETTINA DUNN PARALEGAL SPECIALIST
OFFICE OF REGIONAL COUNSEL
1650 ARCH STREET 3RC60
PHILADELPHIA PA 19103-2029

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM LLC
9812 FALLS ROAD
114-160
POTOMAC MD 20854-3976