The order below is hereby signed.

Signed: October 9 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>JPK NewCo LLC<br>        Debtor. | Case No. 24-00262-ELG<br><br>Chapter 11 |

## ORDER GRANTING MOTION TO EXTEND
## AND SUBCHAPTER V SCHEDULING ORDER

An *Order for Relief* under subchapter V of chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code")[1] was entered against the above-captioned debtor (the "Debtor") on August 7, 2024. ECF No. 8. Due to the facts and circumstances of this case, the Court failed to issue a scheduling order upon entry of the *Order for Relief*. On October 5, 2024, the Debtor filed a *Motion to Extend Deadline for Holding Status Conference* (the "Motion"), wherein the Debtor sought to extend the time to file a status report and hold the subchapter V status conference due to the delay caused by litigation early in this case as well and the Court's failure to initially schedule the status hearing. ECF No. 44. The Debtor noticed a deadline of October 21, 2024 for objections to the Motion. However, the Court finds that its failure to initially notice the hearing is a circumstance beyond the Debtor's control as required by § 1188(b) and shall grant the Motion and establish deadlines as set forth herein.

---

[1] 11 U.S.C. §§ 101–1532.

Page **1** of **3**

Accordingly, **IT IS ORDERED**:

1. **Motion to Extend**. The Motion is GRATED on the terms set forth herein. Any party objecting to the extension of time herein shall have a period of fourteen days (14) from entry of this Order to file a response.

2. **Subchapter V Case**. Unless otherwise ordered by the Court, this case is governed by the provisions of subchapter V of chapter 11 of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

3. **Debtor's Compliance with § 1187**. The Debtor must comply with the duties and reporting requirements set forth in § 1187 of the Bankruptcy Code

4. **Debtor's Compliance with § 1116**. The Debtor shall comply with § 1116 of the Bankruptcy Code.[2]

5. **Bar Date**. Unless the Court sets a different date by separate order, the deadline for parties in interest to file proofs of claim or interest in this case is governed by Federal Rule of Bankruptcy Procedure 3003.

6. **Service of Notice of Commencement of Case by the Debtor**. The Debtor must serve notice of the commencement of this case as required under Federal Rule of Bankruptcy Procedure 2015(a)(4) on any entity known to be holding money or property subject to withdrawal or order of the Debtor on or before 7 days of the date of this Order.

7. **Objections to Designation**. Any objection to the Debtor's designation as a small business debtor under subchapter V of chapter 11 of the Bankruptcy Code must be filed with the Court and served in accordance with Federal Rule of Bankruptcy Procedure 1020(c) no later than 30 days after the conclusion of the meeting of creditors held under § 341 of the Bankruptcy Code, or within 30 days after any amendment to the subchapter V designation, whichever is later.

8. **Debtor's Section 1188(c) Report**. The Debtor must file with the Court and serve on the subchapter V trustee and parties in interest the report required under § 1188(c) of the Bankruptcy Code no later than **October 23, 2024**. The Debtor's report shall include a description of the Debtor's efforts to formulate a Chapter 11 plan of reorganization and the Debtor's efforts to communicate with creditors regarding any such plan.

9. **Status Conference**. The Debtor and the subchapter V trustee must appear before the Court at a status conference on **November 6, 2024, at 10:00 a.m.**, before the Honorable Elizabeth L. Gunn. The status conference will be conducted both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. The parties may request the Zoom for Government information from the Courtroom Deputy, Ms. Aimee Lee. This Order constitutes

---

[2] Although § 1181(a) of the Bankruptcy Code states that § 1116 is not applicable in a case under subchapter V of chapter 11, the various provisions of § 1116 are thereafter made applicable by § 1187(a) and § 1187(b).

notice of the status conference.

10. **Plan of Reorganization**. The Debtor must file with the Court a plan of reorganization in accordance with § 1189 of the Bankruptcy Code on or before **October 11, 2024**. Any motion for extension of time to file a plan should be filed on or before **September 20, 2024**. The Debtor may amend its plan of reorganization any time before the confirmation hearing in accordance with § 1193(a) of the Bankruptcy Code.

11. **§ 1111(b) Deadline**. Any secured creditor that wishes to make an election under 11 U.S.C. § 1111(b)(2) shall do so no later than 10 days following the filing of the plan.

12. **Additional Deadlines**. The Court will issue subsequent orders that fix the dates for the filing of objections to the plan of reorganization, acceptance or rejection of the plan of reorganization, the confirmation hearing, and any additional dates as may be established by the Court.

13. **Service of Order by the Debtor**. The Clerk shall provide a copy of this Order upon entry to the Debtor, who must serve it on the Subchapter V trustee and parties in interest and file a certificate of service with the Court within 7 days of the date of this Order.

[Signed and dated above.]

Copies to: Debtor; Counsel for the Debtor; all recipients of e-notification of filings.

United States Bankruptcy Court
District of Columbia

In re:  Case No. 24-00262-ELG
JPK NewCo LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Oct 09, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hugh M Bernstein | on behalf of U.S. Trustee U. S. Trustee for Region Four hugh.m.bernstein@usdoj.gov |
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| Jeffrey M. Orenstein | on behalf of Debtor JPK NewCo LLC jorenstein@wolawgroup.com kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Kristen E Burgers | on behalf of Petitioning Creditor Shaheen Sariri kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |

District/off: 0090-1 | User: admin | Page 2 of 2

Date Rcvd: Oct 09, 2024 | Form ID: pdf001 | Total Noticed: 1

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Debtor JPK NewCo LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Stephen A. Metz | smetz@offitkurman.com MD71@ecfcbis.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 9