**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     **12/17**

Month: _____    Date report filed: _____
                                        MM / DD / YYYY

Line of business: _____    NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:    _____

Original signature of responsible party    *Christina Araujo*

Printed name of responsible party    _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?  ❏ ❏ ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name  _____   Case number_____

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | *Column B* **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | – | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | – | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | – | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  − $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name  _____          Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

❏   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏   39.   Bank reconciliation reports for each account.

❏   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏   41.   Budget, projection, or forecast reports.

❏   42.   Project, job costing, or work-in-progress reports.

**DEBTOR:** JPK NewCo, LLC  **CASE NUMBER:** 24-00262

## OFFICE OF THE UNITED STATES TRUSTEE - BALTIMORE DIVISION
## MONTHLY OPERATING REPORT
## CHAPTER 11 - BUSINESS DEBTORS
### Form 2-A
### COVER SHEET AND QUESTIONNAIRE

For Month Ended  Sep-24

**Accounting Method:** [ ] Accrual Basis   [X] Cash Basis

*THIS REPORT IS DUE 20 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document: Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing.  File the original with the Clerk of Court.

| Report/Document Attached | Previously Waived | | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|---|
| x | ☐ | 1. | Cash Receipts and Disursements Statement (Form 2-B) |
| x | ☐ | 2. | Post-petition Taxes and Aging Schedules (Form 2-C) |
| x | ☐ | 3. | Disbursements Summary for the Month (Form 2-D) |
| x | ☐ | 4. | Income and Disbursement Recap - Case to Date (Form 2-E) |

*Submit the form or attach one generated by company's accounting system*

| | | | |
|---|---|---|---|
| x | ☐ | 5. | Balance Sheet (Form 2-F) |
| x | ☐ | 6. | Profit and Loss Statement (Form 2-G) |
| x | ☐ | 7. | Cash Receipts and Cash Disbursements Detail (Form 2-H1 and 2-H2) |
| x | ☐ | 8. | Bank Statements for All Bank Accounts |
| x | ☐ | 9. | Bank Statement Reconciliations for all Bank Accounts |

### QUESTIONNAIRE

| | Yes | No |
|---|---|---|
| Please answer the questions below: | | |
| 1. Is the business still operating? | x | |
| 2. Were any assets (other than inventory) sold this month? | | x |
| 3. Were all employees timely paid this month? | x | |
| 4. Are all insurance policies and operating licenses current and in effect? | x | |
| 5. Did you open any new bank accounts this month? | | x |
| 6. Did you deposit all receipts into your DIP account this month? | x | |
| 7. Have all taxes been timely paid (payroll, sales, etc.)? | x | |
| 8. Are you current on U.S. Trustee quarterly fees payments? | x | |

*I declare under penalty of perjury that the following Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 10/29/2024  **Print Name:** Christina Araujo

**Signature:** *Christina Araujo*

**Title:** Vice President of Finance

Rev. 11/2012

**DEBTOR:** JPK NewCo, LLC     **CASE NO:** 24-00262

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT (See Note A)

For Month Ended:   #   9/30/24

**CASH FLOW SUMMARY**                                    **Current Month**

1. **Beginning Cash Balance**                                    935 (1)

2. Cash Receipts
   Operations
   Sale of Assets
   Loans/advances
   Other
   Total Cash Receipts          $          -

3. Cash Disbursements
   Operations
   Owner / Officer disbursements
   Debt Service/Secured loan payment
   Professional fees/U.S. Trustee fees
   Other
   Total Cash Disbursements     $          -

4. Net Cash Flow (Total Cash Receipts less
    Total Cash Disbursements)                                     -

5. **Ending Cash Balance (to Form 2-F)**           $             935 (2)

**CASH BALANCE SUMMARY**                                  Book Balance
                         Financial Institution           At End of the Month

   Petty Cash                                           $          -
   DIP Operating Account    United Bank                            935
   DIP Payroll Account      _____
   Other Account            _____
   TOTAL (must agree with Ending Cash Balance above)    $         935 (2)

(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
    Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

**NARRATIVE**

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

PAGE 2
Rev. 11/2012

**DEBTOR:** JPK NewCo, LLC  **CASE:** 24-00262

**Form 2-C**
**For Month Ended:** 9/30/24

### POST PETITION TAXES PAYABLE SCHEDULE

| | Beginning Balance (1) | Accrued / Withheld | Payments / Deposits | Ending Balance |
|---|---|---|---|---|
| Income Tax Withheld: | $ | | | $ - |
|    Federal | | | | - |
|    State | | | | - |
|    Local | | | | - |
| FICA Tax Withheld | | | | - |
| Employer's FICA Tax | | | | - |
| Unemployment Tax | | | | |
|    Federal | | | | - |
|    State | | | | - |
| Sales, Use & Excise Taxes | | | | - |
| Property Taxes | | | | - |
| Other: | | | | - |
| | | | | - |
| TOTALS | $ - | $ - | $ - | $ - |

(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | Accounts Receivable | Post Petition Accounts Payables |
|---|---|---|
| Under 30 days | $ | $ |
| 30 to 60 days | | |
| 61 to 90 days | | |
| 91 to 120 days | | |
| Over 120 days | | |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts in Accounts Receivable** | | |
| **Total Accounts Receivable** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 0.00 |

*Attach the Total Page of the aging reports for accounts receivable and post-petition accounts payable.*

PAGE 3
Rev. 11/2012

**DEBTOR:** JPK NewCo, LLC          **CASE NO:** 24-00262

**Form 2-D**
**DISBURSEMENT SUMMARY**
For the Month Ended: 9/30/2024

| | |
|---|---|
| Total Disbursements from Operating Account (Note 1) | $ - |
| Total Disbursements from Payroll Account (Note 2) | $ - |
| Total Disbursements from any other Account (Note 3) | $ - |
| Grand Total | $ - |

NOTE 1 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the general operating account. Exclude only transfers to the debtor in possession payroll account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 2 - Include in this amount all checks written, wire transfers made from, or any other withdrawal from the payroll account. Exclude only transfers to the debtor in possession operating account or other debtor in possession account where the disbursements will be listed on this report.

NOTE 3 - Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, **and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property.)**

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $1,000,000 to $1,999,999 | $6,500 |
| $15,000 to $74,999 | $650 | $2,000,000 to $2,999,999 | $9,750 |
| $75,000 to $149,999 | $975 | $3,000,000 to $4,999,999 | $10,400 |
| $150,000 to $224,999 | $1,625 | $5,000,000 to $14,999,999 | $13,000 |
| $225,000 to $299,999 | $1,950 | $15,000,000 to $29,999,999 | $20,000 |
| $300,000 to $999,999 | $4,875 | $30,000,000 or more | $30,000 |

*Interest will be assessed on Chapter 11 quarterly fees not paid by the end of the month following the end of the calander quarter pursuant to 31 U.S.C. Sec. 3717. The interest rate assessed is the rate in effect as determined by the Treasury Department at the time the account becomes past due.*

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

PAGE 4
Rev. 11/2012

**DEBTOR:** JPK NewCo, LLC                          **CASE NO:** 24-00262

## Form 2-E
## INCOME AND DISBURSEMENTS RECAP

**Date Case was filed:** _____

This form is to be used to record Monthly Operating Reports' Income and Disbursements filed to date. It serves as a running total of overall income, expenses and net income (or loss) for the case on a cash basis.

| | Year: 2024 | | | Year: | | |
|---|---|---|---|---|---|---|
| | **Income** | **Expenses** | **Net Inc/ (Loss)** | **Income** | **Expenses** | **Net Inc/ (Loss)** |
| Jan | | | - | | | - |
| Feb | | | - | | | - |
| Mar | | | - | | | - |
| Apr | | | - | | | - |
| May | | | - | | | - |
| Jun | | 65 | (65) | | | - |
| Jul | | | - | | | - |
| Aug | | | - | | | - |
| Sep | | | - | | | - |
| Oct | | | - | | | - |
| Nov | | | - | | | - |
| Dec | | | - | | | - |
| **TOTAL** | - | 65 | (65) | - | - | - |

PAGE 5
Rev. 11/2012

| | |
|---|---|
| 3:47 PM | **JPK NewCo LLC** |
| 10/29/24 | **Balance Sheet** |
| Accrual Basis | **As of September 30, 2024** |

|  | **Sep 30, 24** |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Checking/Savings** | |
|       1001 DPA  Account - 8700 | 935.00 |
|     **Total Checking/Savings** | 935.00 |
|     **Other Current Assets** | |
|       **1230 Notes Receivable** | |
|         Energy Morocco LLC | 26,000.00 |
|       **Total 1230 Notes Receivable** | 26,000.00 |
|       **1400 Prepaids** | 23,000.00 |
|     **Total Other Current Assets** | 49,000.00 |
|   **Total Current Assets** | 49,935.00 |
|   **Other Assets** | |
|     **1240 Notes Receivables** | |
|       419-423 Kennedy St | 1,678,387.00 |
|       5505 1st St NW | 711,741.83 |
|     **Total 1240 Notes Receivables** | 2,390,128.83 |
|   **Total Other Assets** | 2,390,128.83 |
| **TOTAL ASSETS** | **2,440,063.83** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Other Current Liabilities** | |
|         **2600 Notes Payables** | |
|           Shaheen Sariri | 50,000.00 |
|         **Total 2600 Notes Payables** | 50,000.00 |
|       **Total Other Current Liabilities** | 50,000.00 |
|     **Total Current Liabilities** | 50,000.00 |
|   **Total Liabilities** | 50,000.00 |

3:47 PM
10/29/24
Accrual Basis

# JPK NewCo LLC
## Balance Sheet
### As of September 30, 2024

|  | Sep 30, 24 |
|---|---:|
| **Equity** | |
|   SF NU, LLC | 711,741.83 |
|   WCP Fund I LLC | 1,678,387.00 |
|   Net Income | -65.00 |
| **Total Equity** | 2,390,063.83 |
| **TOTAL LIABILITIES & EQUITY** | **2,440,063.83** |

**3:52 PM**
**10/29/24**
**Accrual Basis**

# JPK NewCo LLC
# Profit & Loss
### January through September 2024

|  | Jan - Sep 24 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 6200 Bank Service Charges | 65.00 |
| **Total Expense** | 65.00 |
| **Net Ordinary Income** | -65.00 |
| **Net Income** | **-65.00** |

3:56 PM
10/29/24

# JPK NewCo LLC
## Statement of Cash Flows
### January through September 2024

|  | Jan - Sep 24 |
|---|---:|
| **OPERATING ACTIVITIES** |  |
|   Net Income | -65.00 |
|   Adjustments to reconcile Net Income |  |
|   to net cash provided by operations: |  |
|     1230 Notes Receivable:Energy Morocco LLC | -26,000.00 |
|     1400 Prepaids | -23,000.00 |
|     2600 Notes Payables:Shaheen Sariri | 50,000.00 |
| **Net cash provided by Operating Activities** | 935.00 |
| **INVESTING ACTIVITIES** |  |
|   1240 Notes Receivables:419-423 Kennedy St | -1,678,387.00 |
|   1240 Notes Receivables:5505 1st St NW | -711,741.83 |
| **Net cash provided by Investing Activities** | -2,390,128.83 |
| **FINANCING ACTIVITIES** |  |
|   SF NU, LLC | 711,741.83 |
|   WCP Fund I LLC | 1,678,387.00 |
| **Net cash provided by Financing Activities** | 2,390,128.83 |
| **Net cash increase for period** | 935.00 |
| **Cash at end of period** | **935.00** |

Page 1

# UNITED BANK

Last statement: August 31, 2024
This statement: September 30, 2024
Total days in statement period: 30

Page 1 of 1
0085478700
(0)

000008789 MUBDDAST100124151141 01 000000



JPK NEWCO LLC
DEBTOR IN POSSESSION ACCOUNT
8401 GREENSBORO DR SUITE 960
MC LEAN VA 22102-5149

Direct inquiries to:
800 327 9862

United Bank
500 Virginia St East PO Box 393
Charleston WV 25322-0393

## Free Business Checking

| | | | |
|---|---|---|---|
| Account number | 8700 | Beginning balance | $935.00 |
| Low balance | $935.00 | Total additions | .00 |
| Average balance | $935.00 | Total subtractions | .00 |
| Avg collected balance | $935 | Ending balance | $935.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Thank you for banking with United Bank

L 8789 -8789

BankWithUnited.com

00008789-001-001-DUBDDAST100124151141-6x901-00-0-00008789