GREENSTEIN DELORME & LUCHS, P.C.
James D. Sadowski (DC Bar #446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax (202) 452-1410
Email: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Developer RE1, LLC and*
  *423 Kennedy St Holdings, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>       *Debtor.* | Case No.: 24-00262-ELG<br>Chapter 11 |

## MOTION TO EXTEND DEADLINE TO FILE PROOF OF CLAIM

Developer RE1 LLC ("Developer RE1") and 423 Kennedy St Holdings LLC ("423 Kennedy"), two persons that are potentially impacted by this involuntary Chapter 11 Case, move this Court to extend the deadline for them to file a proof of claim.  In support of their request, Developer RE1 and 423 Kennedy represent to the Court as follows:

Brief Factual Background

1.     Developer RE1 and 423 Kennedy are borrowers under certain loan documents who are potentially impacted by the filing of this involuntary case.

2.     The involuntary petition in this case was filed by a friendly creditor of the Debtor for the improper purpose of trying to create a core proceeding as a jurisdictional bootstrap for the improper removal of two consolidated D.C. Superior Court cases by the owners of, and persons affiliated with, the Debtor.  *See generally* the Motion for Remand (ECF # 13) filed in Case No. 24-10023-ELG *(Developer RE1 LLC v. DP Capital d/b/a Washington Capital*

8161\0002\4917-9620-1223.v1

*Partners, et al.,* and *423 Kennedy St. Holdings, LLC v. DP Capital d/b/a Washington Capital Partners, et al.* (the adversary proceeding for the removed consolidated cases formerly known as cases 2022-CAB-005935 and 2023-CAB-004260 in D.C. Superior Court).

3. The consolidated cases were improperly removed to this Court by the WCP Fund I, LLC, DP Capital, LLC, Daniel Huertas, Russell Drazin, and SF NU LLC (the "WCP Defendants"). The WCP Defendants are trying to improperly forum shop state law claims to this Court. They formed the Debtor for the express purposes of later manufacturing the insolvency of the Debtor in order to provide a jurisdictional bootstrap for removal. The WCP Defendants also created the Debtor in order to allow them to later claim that the Debtor was an indispensable party – another delay tactic.

4. On September 23, 2024, the US Trustee's office filed a motion to dismiss this involuntary case for being filed in bad faith. *See* ECF # 70 ("Motion to Dismiss") The Motion to Dismiss is subject to a Scheduling Order allowing for discovery and the Court has scheduled two hearing dates (February 4 and 6, 2025) for an evidentiary hearing on the motion to dismiss.

5. It is unclear whether either Developer RE1 or 423 Kennedy is an actual, legitimate creditor of the Debtor that has to file a proof of claim. Neither Developer RE1 nor 423 Kennedy have previously asserted any claims against the Debtor in the consolidated cases, nor did they have any reason to do so. Developer RE1 and 423 Kennedy's claims under its loan documents arose prior to June of 2023, more than seven months before the Debtor was even formed.

6. The Debtor listed both 423 Kennedy and Developer RE1 as creditors holding non-priority, disputed, unliquidated, contingent claims as part of its bad faith removal scheme. *See* ECF # 42 . The Debtor has deliberately created a Hobson's choice for 423 Kennedy and

8161\0002\4917-9620-1223.v1

Developer RE1 in this case: either file a proof of claim, which the Debtor (or the WCP Defendants) could later argue constitutes an admission that a debtor/creditor relationship exists, or do not file a proof of claim, which could put Developer RE1 and 423 Kennedy at risk of losing their rights against the Debtor, such as not being able to participate as a creditor if this case is later determined to be a legitimate bankruptcy case.

7.  In addition to being faced with this Hobson's choice, Developer RE1 and 423 Kennedy have not had the benefit of any discovery vis-à-vis what potential damages claims they could assert against the Debtor. Developer RE1 and 423 Kennedy's claims under the loan documents, and all related discovery as to those claims, has been put on hold pending a decision on the Motion for Remand.

8.  Developer RE1 and 423 Kennedy should also not be required to incur the expense of preparing and filing a proof of claim until after the Motion to Dismiss is decided. If the Court determines that the Debtor is not a legitimate debtor and this case was filed in bad faith, this case should proceed no further, except perhaps as to the issue of an award of attorney's fees against the petitioning creditor and other persons that participated in the improper removal scheme.

9.  The Court has the authority to extend the time the to file a proof of claim for cause under Fed. R. Bankr. P. 3003(c)(3) ("The court must set the time to file a proof of claim or interest and may, for cause, extend the time.").

10. Neither the Debtor nor any other interested party will be prejudiced if the Court extends the time for Developer RE1 and 423 Kennedy to file a proof of claim. This case is already in a holding pattern as a result of the Motion to Dismiss.

For cause shown, and for any other reasons that may be argued if any hearing is held on this motion, Developer RE1 and 423 Kennedy request that the Court extend the deadline for each of them to file a proof of claim until February 10, 2025, or the date a decision is made on the Motion to Dismiss, whichever date occurs later.

                                              Respectfully submitted,

                                              GREENSTEIN DELORME & LUCHS, P.C.

Dated:  December 16, 2024                  /s/ James D. Sadowski
                                              James D. Sadowski (DC Bar #446635)
                                              Alexandria J. Smith (DC Bar #1781067)
                                              801 17th Street, N.W., Suite 1000
                                              Washington, D.C.  20006
                                              Phone: (202) 452-1400; Fax: (202) 452-1410
                                              Emails:  jds@gdllaw.com; ajs@gdllaw.com
                                              *Counsel for Developer RE1 LLC and*
                                               *423 Kennedy St Holdings LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2024, a true copy of the foregoing Motion to Extend Time to File Proof of Claim was filed electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

                                              /s/ James D. Sadowski
                                              James D. Sadowski

8161\0002\4917-9620-1223.v1