IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

    *Debtor.*

Case No.: 24-00262-ELG
Chapter 11

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM

The Court has before it the Motion to Extend Time to File Proof of Claim (the "Motion to Extend" ECF # 72) filed on December 16, 2024 by Developer RE1, LLC and 423 Kennedy St Holdings, LLC in the above-captioned case.

For cause shown, it is ORDERED that:

1.    The Motion to Extend is GRANTED; and

2.    The Deadline for Developer RE1, LLC and 423 Kennedy St Holdings, LLC to file a Proof of Claim is extended until February ___, 2025.

[Signed and dated above]

8161\0002\4908-3996-8775.v1

I ask for this:

/s/ James D. Sadowski
James D. Sadowski
DC Bar. No. 446635
jds@gdllaw.com
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: 202-452-1400, ext. 5407
Fax: 202-452-1410
*Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

S<small>ERVICE</small> T<small>O</small>:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
jorenstein@wolawgroup.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Hugh M. Bernstein, Esq.
Office of the United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, Maryland 21201
hugh.m.bernstein@usdoj.gov

Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com

2

8161\0002\4908-3996-8775.v1

Maurice Belmont VerStandig, Esq.
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
mac@mbvesq.com

James D. Sadowski, Esq.
Greenstein Delorme & Luchs, P.C.
801 17th Street, N.W.
Suite 1000
Washington, D.C. 20006
jds@gdllaw.com

**END OF ORDER**

8161\0002\4908-3996-8775.v1