**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (DC Bar #446635)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400; Fax (202) 452-1410
Email: jds@gdllaw.com; ajs@gdllaw.com
*Counsel for Developer RE1 LLC and*
  *423 Kennedy St Holdings LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br><br>JPK NEWCO, LLC,<br><br>  *Debtor.* | Case No.: 24-00262-ELG<br>Chapter 11 |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT
TO MOTION TO EXTEND TIME TO FILE PROOF OF CLAIM**

NOTICE IS HEREBY GIVEN that Developer RE1, LLC ("Developer RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy"), by undersigned counsel, have filed a Motion to Extend Time to File Proof of Claim ("Motion"). The Motion seek to extend the proof of claim deadline for Developer RE1 and 423 Kennedy.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

NOTICE OF DEADLINE TO OBJECT: If you do not want the court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before **January 3, 2025,** you or your attorney must file with the Court a written objection to the Motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and

proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.  The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

      If you mail, rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above. You must also mail a copy of your objection to:

> James D. Sadowski, Esq.
> Greenstein DeLorme & Luchs, P.C.
> 801 17th Street, N.W., Suite 1000
> Washington, DC  20006
> *Counsel for Developer RE1, LLC*
>   *and 423 Kennedy St. Holdings, LLC*

      NOTICE OF HEARING:  A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for January 8, 2025 at 10:00 a.m. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman Courthouse, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government.  All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing expectations.  For the Zoom meeting code, you may contact Courtroom Deputy Aimee Mathewes by email at Aimee_Mathewes@dcb.uscourts.gov.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested. Parties in interest with questions may contact the undersigned.

        Respectfully submitted,

        GREENSTEIN DELORME & LUCHS, P.C.

Dated:  December 16, 2024        /s/ James D. Sadowski
        James D. Sadowski, DC Bar. No. 446635
        801 17th Street, N.W. - Suite 1000
        Washington, DC  20006
        Telephone: (202) 452-1400 ext. 5407
        Email:   jds@gdllaw.com
        *Counsel for Developer RE1, LLC and*
          *423  Kennedy St. Holdings, LLC*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th of December, 2024, a true copy of this Notice of Hearing and Opportunity to Object to Motion to Extend Time to File Proof of Claim was served electronically and a Notice of Electronic filing should be sent to all persons receiving notices via the Court's CM/ECF system.

        /s/ James D. Sadowski
        James D. Sadowski