IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | |
| **JPK NEWCO LLC** | **Case No. 24-262-ELG** |
| Debtor. | **(Chapter 11 – Subchapter V)** |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee"), respectfully requests that the Court enter the following proposed amended scheduling order in relation to the U.S. Trustee's Motion to Dismiss. In support of the Motion to Amend, the U.S. Trustee states as follows:

1. The Court has authority to hear and decide this matter. 28 U.S.C. §§ 1334.

*2.* This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

3. On July 23, 2024, Shaheen Sariri ("Sariri") filed an involuntary Chapter 11 Petition against JPK NewCo LLC ("NewCo" or the "Debtor") through counsel, Kristen Burgers.

4. On August 6, 2024, NewCo consented to the Involuntary Petition and elected to proceed under subchapter V of Chapter 11 of the Bankruptcy Code. Doc. No. 6.

5. The Court entered its Order for Relief on August 7, 2024. Doc. No. 8.

6. On September 23, 2024, the U.S. Trustee filed a Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b). Doc. No. 37.

7. On November 13, 2024, this Court entered a Scheduling Order. Doc. No. 70.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, VA 22314
(703) 557-7227 – Direct Dial
Kristen.S.Eustis@usdoj.gov

8.     Counsel for the parties have conferred and NewCo and Sariri have consented to the U.S. Trustee's proposed Amended Scheduling Order which extends certain deadlines set forth in the initial Scheduling Order.

9.     Accordingly, the U.S. Trustee, with the consent of NewCo and Sariri, seeks to extend the following deadlines as set out on the proposed Amended Scheduling Order attached hereto.  The U.S. Trustee, with the consent of NewCo and Sariri, seeks to extend the discovery deadline an additional sixty (60) days to March 4, 2025 and request a final pretrial conference shortly thereafter.

WHEREFORE, the U.S. Trustee respectfully requests that this Court enter the attached Amended Scheduling Order and grant such further relief as it deems proper.

January 3, 2025                                   GERARD R. VETTER
                                                  ACTING U.S. TRUSTEE, REGION 4


                                                  By: */s/ Kristen S. Eustis*
                                                  Kristen S. Eustis, Trial Attorney
                                                  Federal Bar No. MD28984
                                                  Office of the United States Trustee
                                                  1725 Duke St., Suite 650
                                                  Alexandria, VA 22314
                                                  (703) 557-7227- Direct Dial
                                                  Kristen.S.Eustis@usdoj.gov

Case 24-00262-ELG    Doc 74    Filed 01/03/25    Entered 01/03/25 09:00:50    Desc Main
Document      Page 3 of 3

**Certificate of Service**

      I hereby certify that on January 3, 2025, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Hugh M Bernstein hugh.m.bernstein@usdoj.gov

Kristen E Burgers kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Stephen A. Metz smetz@offitkurman.com, MD71@ecfcbis.com

Jeffrey M. Orenstein jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

James D. Sadowski jds@gdllaw.com, mer@gdllaw.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                  */s/ Robert W. Ours*
                                                  Robert W. Ours
                                                  Paralegal Specialist

3