IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**In re:**

**JPK NEWCO LLC**             Case No. 24-00262-ELG

    Debtor.             **(Chapter 11 – Subchapter V)**

## AMENDED SCHEDULING ORDER

This Amended Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the United States Trustee's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) and Oppositions thereto.

1. **Discovery.** Unless modified by order of this court, the following discovery deadlines apply:

   a. The deadline for the parties to complete discovery is March 4, 2025. All written discovery requests, including interrogatories, requests for production, and depositions upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

2. **Final Pretrial Conference.** A final pretrial conference ("Final Pretrial Conference") will be held on _____, 2025 at 10:00 a.m. via Zoom, at which deadlines will be set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

3. **Trial Date**. A trial will be held on _____, 2025 at 9:30 a.m.

4. **Settlement Conference.** Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the Final Pretrial Conference to try to settle this matter.

5. **Joinder of Other Parties.** Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

6. **Settlement.** If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

7. **Jurisdiction**. Any party not consenting to the entry of a final order by the Bankruptcy Court shall file a motion to withdraw the reference or for other appropriate relief within 30 days of the entry of this Amended Scheduling Order and promptly set the motion for a hearing. The failure to comply with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Court.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

| | |
|---|---|
| Seen and Agreed:<br>JPK NewCo LLC | WCP Fund I LLC |
| By: /s/ Jeffrey M. Orenstein (by KSE with permission via email)<br>JEFFREY M. ORENSTEIN (#428335)<br>Wolff, & Orenstein, LLC<br>15245 Shady Grove Road<br>North Lobby, Suite 465<br>Rockville, Maryland 20850<br>(301) 250-7232<br>jorenstein@wolawgroup.com<br>Attorneys for JPK NewCo LLC | By: /s/ Maurice B. VerStandig (by KSE with permission via email)<br>Maurice B. VerStandig, Esq.<br>Bar No. MD18071<br>The VerStandig Law Firm, LLC<br>9812 Falls Road, #114-160<br>Potomac, Maryland 20854<br>Phone: (301) 444-4600<br>mac@mbvesq.com<br>*Counsel for WCP Fund I LLC* |
| Shaheen Sariri<br><br>By: /s/ Kristen E. Burgers (by KSE with permission via email)<br>Kristen E. Burgers (DC Bar No. 500674)<br>HIRSCHLER FLEISCHER, PC<br>1676 International Drive, Suite 1350<br>Tysons, Virginia 22102<br>Telephone: (703) 584-8900<br>Facsimile: (703) 584-8901<br>Email: kburgers@hirschlerlaw.com<br>Counsel to Shaheen Sariri | Developer RE1, LLC and<br>423 Kennedy St Holdings, LLC<br>By: /s/ James D. Sadowski (by KSE with permission via email)<br>James D. Sadowski, Esq.<br>Greenstein DeLorme & Luchs, P.C.<br>801 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>Phone: (202) 452-1400<br>Fax: (202) 452-1410<br>Email: jds@gdllaw.com<br>Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC |

Copies to: All counsel of record via CM/ECF

**END OF ORDER**