**22NTCHRG**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

**MATTERS SCHEDULED FOR HEARING ON**
**JANUARY 8, 2025**

**NOTICE OF HEARING**

    NOTICE IS HEREBY GIVEN that all matters scheduled for hearing before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia, on 1/8/2025 will be held virtually only via Zoom for Government. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

                      For the Court:
                      Angela D. Caesar
                      BY: AM
                      Dated: 1/6/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.