Signed: January 6, 2025

**The below Order has been modified by the Court to include the date and time of the Final Pretrial Conference ("FPC") and to indicate that the trial date shall be set at the FPC.**

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | |
| JPK NEWCO LLC | Case No. 24-00262-ELG |
| Debtor. | (Chapter 11 – Subchapter V) |

**AMENDED SCHEDULING ORDER**

This Amended Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in relation to the United States Trustee's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) and Oppositions thereto.

1. **Discovery.** Unless modified by order of this court, the following discovery deadlines apply:

    a. The deadline for the parties to complete discovery is March 4, 2025. All written discovery requests, including interrogatories, requests for production, and depositions upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

2. **Final Pretrial Conference.** A final pretrial conference ("Final Pretrial Conference") will be held on March 26, 2025 at 10:00 a.m. via Zoom, at which deadlines will be set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

3. **Trial Date**. A trial date will be set at the Final Pretrial Conference.

4. **Settlement Conference.** Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the Final Pretrial Conference to try to settle this matter.

5. **Joinder of Other Parties.** Motions for joinder of parties shall be filed no later than 30 days prior to the Final Pretrial Conference.

6. **Settlement.** If the parties reach a settlement, they shall file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement pursuant to Local Bankruptcy Rule 9019-1.

7. **Jurisdiction**. Any party not consenting to the entry of a final order by the Bankruptcy Court shall file a motion to withdraw the reference or for other appropriate relief within 30 days of the entry of this Amended Scheduling Order and promptly set the motion for a hearing. The failure to comply with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Court.

I ask for this:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Seen and Agreed:
JPK NewCo LLC

By: /s/ Jeffrey M. Orenstein (by KSE with permission via email)
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for JPK NewCo LLC

WCP Fund I LLC

By: /s/ Maurice B. VerStandig (by KSE with permission via email)
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

Shaheen Sariri

By: /s/ Kristen E. Burgers (by KSE with permission via email)
Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hirschlerlaw.com
Counsel to Shaheen Sariri

Developer RE1, LLC and
423 Kennedy St Holdings, LLC
By: /s/ James D. Sadowski (by KSE with permission via email)
James D. Sadowski, Esq.
Greenstein DeLorme & Luchs, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com
Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC

Copies to:  All counsel of record via CM/ECF

**END OF ORDER**