The order below is hereby signed.

Signed: January 8 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:

JPK NEWCO, LLC,

    *Debtor*.

Case No.: 24-00262-ELG
Chapter 11

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE PROOF OF CLAIM

The Court has before it the Motion to Extend Time to File Proof of Claim (the "Motion to Extend" ECF # 72) filed on December 16, 2024 by Developer RE1, LLC and 423 Kennedy St Holdings, LLC in the above-captioned case. There were no objections to the relief requested in the motion.

For cause shown, it is ORDERED that:

1.    The Motion to Extend is GRANTED; and

2.    The Deadline for Developer RE1, LLC and 423 Kennedy St Holdings, LLC to file a Proof of Claim is extended until fourteen (14) days after the Court issues a decision on the U.S. Trustee's Motion to Dismiss (ECF # 37).

[Signed and dated above]

8161\0002\4918-1260-8781.v1

I ask for this:

/s/ James D. Sadowski
James D. Sadowski
DC Bar. No. 446635
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C.  20006
Phone: 202-452-1400, ext. 5407
Fax:  202-452-1410
jds@gdllaw.com
*Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

| Seen and Agreed: | Seen: |
|---|---|
| /s/ Jeffrey M. Orenstein, Esq. (by JDS with permission via email) | /s/ Maurice Belmont VerStandig (by JDS with permission via email) |
| Jeffrey M. Orenstein, Esq. | Maurice Belmont VerStandig, Esq. |
| Wolff, & Orenstein, LLC | The VerStandig Law Firm, LLC |
| 15245 Shady Grove Road | 9812 Falls Road |
| North Lobby, Suite 465 | #114-160 |
| Rockville, Maryland 20850 | Potomac, MD 20854 |
| jorenstein@wolawgroup.com | mac@mbvesq.com |
| *Counsel for the Debtor* | *Counsel for the WCP Fund I, LLC* |

/s/ Kristen E. Burgers, Esq. (by JDS with permission via email)
Kristen E. Burgers, Esq.
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102
kburgers@hirschlerlaw.com
*Counsel for the Petitioning Creditor*

Copies to:  All counsel for record via ECF

## END OF ORDER

8161\0002\4918-1260-8781.v1