# Matter Billing Guide

| | | | |
|---|---|---|---|
| Date: | 02/10/2025 | Staff Responsible: | Jeffrey M. Orenstein |
| Matter: | 24-0188 JPK NewCo, LLC | Staff Acting: | Jeffrey M. Orenstein |
| | Chapter 11 | Staff Assisting: | Jessica B. Wolff |
| Debtor: | JPK NewCo, LLC | Originating Attorney: | Jeffrey M. Orenstein |
| | c/o Daniel Huertas, WCP Fund, I, LLC, Manager | | |
| | 8401 Geensboro Drive | | |
| | 960 | | |
| | VA 22102 | | |
| Debtor Comment: | | | |

## Summary:

| Billed To Date | Total |
|---|---|

| Aged Billable | Total | Current | >30 days | >60 days | >90 days |
|---|---|---|---|---|---|
| **Fees (WIP)** | **$37,130.50** | **$2,428.50** | **$3,561.50** | **$845.00** | **$30,295.50** |
| Fees | $37,130.50 | $2,428.50 | $3,561.50 | $845.00 | $30,295.50 |
| **Disbursements** | - | - | - | - | - |
| Anticipated Expenses | - | - | - | - | - |
| Expense Recoveries | - | - | - | - | - |
| Journals | - | - | - | - | - |
| Expenses | - | - | - | - | - |
| | $37,130.50 | $2,428.50 | $3,561.50 | $845.00 | $30,295.50 |

| | Billable | | | | Billed | | | |
|---|---|---|---|---|---|---|---|---|
| Time/Fees By Staff | Hours | Hours Amt | Fee Amt | Total Amt | Hours | Hours Amt | Fee Amt | Total Amt |
| Jeffrey M. Orenstein | 72.30 | $35,427.00 | - | $35,427.00 | 0.00 | - | - | - |
| Jessica B. Wolff | 0.70 | $105.00 | $31.00 | $136.00 | 0.00 | - | - | - |
| Matthew E. Abbott | 5.70 | $1,567.50 | - | $1,567.50 | 0.00 | - | - | - |
| | 78.70 | $37,099.50 | $31.00 | $37,130.50 | 0.00 | - | - | - |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

## EXHIBIT A

# Matter Billing Guide

| Trust Account Balances | Withdrawals | Deposits | Balance |
|---|---|---|---|
| Wolff & Orenstein IOLTA | - | $23,000.00 | $23,000.00 |
| | - | $23,000.00 | $23,000.00 |

| Aged Receivables | Totals | Rtnr./Credits | Current | >30 days | >60 days | >90 days |
|---|---|---|---|---|---|---|
| Retained Trust Funds | - | - | - | - | - | - |
| | - | - | - | - | - | - |

## Breakdown:

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 07/30/2024 | JMO | Telephone call with and e-mailing K. Eustis regarding Sub-V election | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 07/30/2024 | JMO | Telephone call with client regarding claims and Sub-V election | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 07/30/2024 | JMO | Telephone call with M. VerStandig regarding claims and Sub-V election | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 07/30/2024 | JMO | Preparing engagement agreement and e-mailing client regarding same | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 07/30/2024 | JMO | E-mailing with M. VerStandig regarding call with K. Eustis and need for identification of litigation parties | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 07/31/2024 | JMO | Planning with J. Wolff regarding preparing schedules | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/01/2024 | JMO | E-mailing client regarding status of review | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/06/2024 | JMO | Reviewing litigation pleadings and related documents | 1.10 | $490.00 | $539.00 | - | $539.00 |
| 08/06/2024 | JMO | Preparing answer | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 08/06/2024 | JMO | Preparing application to employ | 0.70 | $490.00 | $343.00 | - | $343.00 |
| 08/06/2024 | JMO | Review and revise answer | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/06/2024 | JMO | E-mailing with client regarding approved application | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/06/2024 | JMO | Preparing corporate ownership statement | 0.20 | $490.00 | $98.00 | - | $98.00 |

*Note:* 1) Displays items excluding tax
2) "Billed to date" includes draft invoices
3) Invoices must be marked printed and sent final to appear under Aged Receivables

## Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/07/2024 | JMO | E-mailing with K. Burgers regarding approval of consent order for relief | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/07/2024 | JMO | E-mailing with K. Eustis regarding employment application | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/08/2024 | JMO | E-mailing with B. Adhikari regarding 341 and IDI | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/08/2024 | JMO | E-mailing client regarding 341, IDI, and DIP bank account | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/08/2024 | JMO | Receive and review notice of appointment of S. Metz as Subchapter V trustee | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/08/2024 | JMO | E-mailing M. Abbott, J. Wolff, and client regarding work and documents needed for preparing schedules, etc., and for preparing for IDI | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 08/08/2024 | JMO | Planning with M. Abbott regarding IDI documents | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/08/2024 | JMO | Receive and review notice of 341 meeting, calendar same, and e-mailing client regarding same and regarding IDI details | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/08/2024 | JMO | E-mailing with K. Eustis regarding 341 meeting confirmation | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/08/2024 | MEA | E-mailing with J. Orenstein, J. Wolff, and representatives of client regarding documents and IDI needs | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 08/09/2024 | JMO | Reviewing authorization and guidelines and e-mailing B. Adhikari regarding same | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/09/2024 | JMO | E-mailing client regarding US Trustee requirements and IDI prep | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/12/2024 | JMO | Review and revise application to employ special counsel | 0.60 | $490.00 | $294.00 | - | $294.00 |
| 08/12/2024 | JMO | Telephone call with M. VerStandig regarding employment application and litigation status | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/12/2024 | JMO | Receive and review application to employ M. VerStandig and notice of hearing; e-mailing M. VerStandig regarding conflict of hearing date | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/13/2024 | JMO | E-mailing M. VerStandig regarding 8/27 hearing in RE1 litigation | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/15/2024 | JMO | Planning with M. Abbott regarding follow-up with client on IDI documents and questionnaire | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/15/2024 | JMO | E-mailing client regarding follow-up for information | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/15/2024 | JMO | E-mailing client regarding guidelines from UST | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/15/2024 | MEA | Planning with J. Orenstein regarding IDI documents and questionnaire | 0.20 | $275.00 | $55.00 | - | $55.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/16/2024 | MEA | Emailing and telephoning with D. Huertas regarding acknowledgment of attendance, questionnaire, DIP accounts, general IDI information | 0.20 | $275.00 | $55.00 | - | $55.00 |
| 08/16/2024 | JMO | E-mailing with client and M. Abbott regarding follow-up on IDI documents and questionnaire | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/16/2024 | JMO | E-mailing with K. Eustis regarding engagement agreement and source of funds for retainer | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/16/2024 | JMO | Telephone call with and e-mailing M. VerStandig regarding source of funds from trust account and regarding accounting personnel | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/16/2024 | JMO | E-mailing client regarding IDI material | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/16/2024 | MEA | E-mailing with client and J. Orenstein regarding IDI documents and questionnaire | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 08/16/2024 | MEA | Telephoning with D. Huertas regarding IDI needs and questionnaire | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 08/19/2024 | JBW | Preparing draft of bankruptcy schedules, SOFA, and related initial filings | 0.50 | $150.00 | $75.00 | - | $75.00 |
| 08/19/2024 | JMO | Planning with M. Abbott regarding IDI prep | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/19/2024 | JMO | Telephone call with M. VerStandig regarding litigation issues for discussion at IDI | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/19/2024 | MEA | Discussing IDI prep progress with J. Orenstein | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 08/20/2024 | MEA | Telephoning with D. Huertas regarding needed documents | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 08/20/2024 | MEA | Attending initial Debtor Interview | 1.20 | $275.00 | $330.00 | - | $330.00 |
| 08/20/2024 | JMO | E-mailing client regarding IDI documents | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | E-mailing T. Pika regarding IDI and documents | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Receive and review documents from client | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 08/20/2024 | JMO | E-mailing T. Pika regarding documents for IDI | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Attending IDI with clients and M. Abbott | 1.20 | $490.00 | $588.00 | - | $588.00 |
| 08/20/2024 | JMO | Receive and review e-mails from client regarding default letters and Energy Morroco note | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Telephone call with M. Abbott regarding follow-up from IDI | 0.20 | $490.00 | $98.00 | - | $98.00 |

*Note:1) Displays items excluding tax*
 *2) "Billed to date" includes draft invoices*
 *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/20/2024 | JMO | E-mailing with C. Araujo regarding dates of assignments of notes | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Telephone call with M. VerStandig regarding history of escrow transaction | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 08/20/2024 | JMO | E-mailing client regarding insurance status | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Receive and review e-mail from M. VerStandig regarding opposition to motion to remand | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/20/2024 | JMO | Receive and review e-mail from T. Pika regarding additional information to be provided | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/21/2024 | JMO | E-mailing client regarding objection and impact | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/21/2024 | JMO | Receive and review opposition to plaintiff's motion for remand in Paret case | 0.60 | $490.00 | $294.00 | - | $294.00 |
| 08/21/2024 | JMO | Receive and review developer RE1 opposition to application to employ special counsel | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/21/2024 | JMO | E-mailing client regarding objection to application to employ | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/21/2024 | JMO | E-mailing client regarding insurance | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/22/2024 | JMO | E-mailing client regarding promissory notes | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/22/2024 | JMO | E-mailing with K. Eustis confirming extension to respond to application | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/22/2024 | JMO | Telephone call with K. Eustis regarding her assertion of bad faith filing | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/22/2024 | JMO | E-mailing client regarding telephone call with K. Eustis | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/22/2024 | JMO | E-mailing M. VerStandig regarding telephone call with K. Eustis | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/22/2024 | JMO | E-mailing with M. Abbott regarding loan documents and delivery to UST | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/22/2024 | JMO | Telephone call with M. VerStandig regarding call with K. Eustis and no objection to his discussing issue directly with K. Eustis | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/22/2024 | JMO | Telephone call with M. VerStandig regarding discussion with K. Eustis regarding case issues | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 08/22/2024 | MEA | E-mailing with D. Huertas, C. Araujo, J. Orenstein, and J. Wolff regarding IDI documents and follow-ups | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 08/26/2024 | JBW | Updating draft of bankruptcy schedules, SOFA, and related initial filings | 0.20 | $150.00 | $30.00 | - | $30.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

## Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 08/26/2024 | JMO | E-mailing T. Pika regarding documents requested at 341 | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/26/2024 | JMO | Planning with M. Abbott regarding T. Pika e-mail and status of SOFA and schedules | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/26/2024 | JMO | E-mailing with K. Eustis regarding agreement to extend time to respond to motion to employ and to continue hearing | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/26/2024 | MEA | E-mailing with J. Orenstein regarding additional IDI follow-up documents | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 08/27/2024 | JMO | E-mailing T. Pika regarding requested documents | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/27/2024 | JMO | E-mailing M. Abbott regarding United Bank form and insurance | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/27/2024 | JMO | Receive and review opposition to application to employ M. VerStandig and e-mailing client regarding same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/27/2024 | JMO | E-mailing with K. Eustis and H. Bernstein regarding conflicts and potential new dates for hearing on application to employ | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/27/2024 | JMO | Attending hearing on motion to remand in RE1 litigation to observe arguments and judge's comments regarding JPK filing | 1.40 | $490.00 | $686.00 | - | $686.00 |
| 08/27/2024 | JMO | E-mailing T. Pika regarding exhibit 1 from United Bank | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/27/2024 | JMO | E-mailing K. Eustis regarding her comments about seeking expedited consideration of anticipated motion to dismiss and suggesting no need to shorten time | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/27/2024 | MEA | E-mailing with J. Orenstein regarding exhibit 1 from United Bank and IDI follow-up progress | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 08/28/2024 | JMO | E-mailing with H. Bernstein regarding details of retainer receipt | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 08/28/2024 | JMO | Preparing supplemental verified statement | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 08/28/2024 | JMO | E-mailing with S. Metz regarding continuation of hearing on application to employ special counsel | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/28/2024 | JMO | Review and revise supplemental verified statement | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 08/30/2024 | JMO | Receive and review scheduling order and calendaring events | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/03/2024 | MEA | Reviewing and revising draft Schedules and SOFA, and asking additional questions of C. Araujo and D. Huertas | 0.50 | $275.00 | $137.50 | - | $137.50 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 09/03/2024 | JMO | Receive and review draft schedules | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/03/2024 | JMO | Meeting with M. Abbott and J. Wolff regarding schedules, SOFA, and missing information | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/03/2024 | JMO | E-mailing A. Matthews regarding info for 9/4 hearing | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/04/2024 | JMO | Preparing for hearing on application to employ | 0.70 | $490.00 | $343.00 | - | $343.00 |
| 09/04/2024 | JMO | Attending hearing on application to employ | 1.10 | $490.00 | $539.00 | - | $539.00 |
| 09/04/2024 | JMO | E-mailing client regarding comments at hearing and impact on 341 | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/04/2024 | JMO | Telephone call with K. Eustis regarding potential motion to extend deadlines for actions pending ruling on motion to dismiss | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/04/2024 | JMO | Telephone call with M. VerStandig regarding comments at hearing, anticipated motions to disgorge and potential response | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/04/2024 | JMO | E-mailing with court and counsel regarding scheduling of 9/25 hearing and receive and review hearing notice | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/04/2024 | JMO | E-mailing and telephone call with client regarding 341 | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/04/2024 | JMO | Receive and review notice from court regarding documents to be filed | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/04/2024 | JMO | Receive and review opposition to application to employ and motion to disgorge | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 09/05/2024 | JMO | E-mailing with K. Eustis regarding agreement, 341, extending schedules, and filing motion for further extension, and Rule 11 motion | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/05/2024 | JMO | Attending 341 meeting (to be continued) | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/05/2024 | JMO | Telephone call with M. VerStandig regarding discussions with K. Eustis at and before 341 | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/06/2024 | JMO | Receive and review e-mail from H. Bernstein regarding refusal to withdraw motion to disgorge | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/07/2024 | JMO | E-mailing M. VerStandig and client regarding 341 | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/10/2024 | JMO | Receive and review show cause order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/13/2024 | MEA | Following-up on Schedules and SOFA questions and revisions with C. Araujo and D. Huertos | 0.20 | $275.00 | $55.00 | - | $55.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 09/13/2024 | JMO | Telephone call with M. VerStandig regarding 9/25 hearing and no motion to dismiss | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/16/2024 | JMO | Planning with M. Abbott and J. Wolff regarding schedules and SOFA | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/16/2024 | JMO | E-mailing client regarding accrual versus cash basis reporting | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/16/2024 | JMO | Call to M. VerStandig to discuss disgorgement response | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/16/2024 | JMO | E-mailing client regarding co-debtors, disputed claims and schedule issues | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/17/2024 | JMO | Telephone call with M. Abbott regarding potential delay in completing schedules | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/17/2024 | JMO | E-mailing client regarding show cause order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/17/2024 | JMO | Telephone call with M. VerStandig regarding response to motion to disgorge | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/17/2024 | JMO | E-mailing M. Abbott regarding notes to schedules and SOFA | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/17/2024 | JMO | Receive and review supplement to motion to disgorge | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/17/2024 | JMO | Calls with M. VerStandig regarding supplement, timing of response and potential request for sanctions | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 09/18/2024 | JMO | Preparing proeecipe regarding documents to be filed | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/18/2024 | JMO | Preparing opposition to motion to disgorge | 3.40 | $490.00 | $1,666.00 | - | $1,666.00 |
| 09/18/2024 | JMO | Telephone call with M. VerStandig regarding W&O's approach to response differing from his response | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/18/2024 | JMO | Receive and review e-mail from C. Araujo regarding financials for MOR | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/18/2024 | JMO | Review and revise draft opposition | 0.70 | $490.00 | $343.00 | - | $343.00 |
| 09/18/2024 | JMO | E-mailing M. VerStandig regarding fact portion of opposition to verify facts | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/18/2024 | JMO | Reviewing applicable rules of professional conduct for potential reference | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/18/2024 | JMO | Final review and revision of opposition | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/18/2024 | JMO | Telephone call with M. VerStandig regarding 9/25 hearing and 9011 allegations | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 09/19/2024 | JMO | Telephone call with M. Abbott regarding inability to file MOR in light of 9/25 hearing | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 09/19/2024 | JMO | E-mailing B. Adhikari regarding MOR and related documents | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/19/2024 | JMO | Receive and review M. VerStandig's opposition to motion to disgorge | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 09/19/2024 | JMO | E-mailing client regarding filed oppositions and delay in administrative filings | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/19/2024 | JMO | E-mailing C. Araujo regarding insurance | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/20/2024 | JMO | E-mailing with C. Araujo regarding no insurance | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/23/2024 | JMO | Preparing for 9/25 hearing on application to employ and motion to disgorge | 1.10 | $490.00 | $539.00 | - | $539.00 |
| 09/23/2024 | JMO | Receive and review motion to dismiss | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 09/25/2024 | JMO | Attending hearing on application to employ | 1.40 | $490.00 | $686.00 | - | $686.00 |
| 09/25/2024 | JMO | Telephone call with M. VerStandig regarding court's ruling and form of orders | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/25/2024 | JMO | Telephone call with H. Bernstein regarding UST agreement to withdraw disgorgement motion | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/25/2024 | JMO | E-mailing client regarding judge's ruling at hearing, UST withdrawing motion and completing filings | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/25/2024 | JMO | Telephone call with M. VerStandig regarding UST's withdrawal of disgorgement motion and regarding status conference | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/26/2024 | JMO | Receive and review US Trustee's request to withdraw motion to disgorge | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/28/2024 | JMO | E-mailing M. VerStandig and D. Tabikan regarding desired date for revised employment order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/29/2024 | JMO | E-mailing with D. Tabikan confirming court's use of application date as effective date | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | E-mailing K. Eustis regarding her intention to proceed with 341 | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Planning with M. Abbott regarding finalizing documents and scheduling signing | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/30/2024 | JMO | E-mailing client regarding UST's desire to proceed with 341 and scheduling time to discuss same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Telephone call with client regarding 341 meeting | 0.60 | $490.00 | $294.00 | - | $294.00 |

*Note:1) Displays items excluding tax*
  *2) "Billed to date" includes draft invoices*
  *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 09/30/2024 | JMO | Telephone call with M. VerStandig regarding insurance certificates received from J. Sadowski | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Receive and review insurance documents and e-mailing K. Eustis regarding same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Telephone call with K. Eustis regarding scheduling of discovery for motion to dismiss, timing of filing plan and main case scheduling order | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/30/2024 | JMO | Receive and review order authorizing employment and e-mailing client regarding 341 dial in | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Calling in to 341 and receive and review advice from UST that meeting being continued | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 09/30/2024 | JMO | Telephone call with client regarding surprise continuance and regarding 10/1 signing | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 09/30/2024 | JMO | Receive and review final version of draft schedules and requested documents | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/01/2024 | JMO | E-mailing regarding comments to draft schedules | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/01/2024 | JMO | Meeting with client regarding final review of schedules, SOFA, and related documents | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 10/02/2024 | MEA | Emailing T. Pika and B. Adhikari re: draft MOR | 0.20 | $275.00 | $55.00 | - | $55.00 |
| 10/02/2024 | MEA | Coordinating service and filing of Schedules and SOFA | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 10/04/2024 | JMO | Receive and review notice rescheduling 341 meeting | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/05/2024 | JMO | Preparing motion to extend deadline to hold status conference | 1.30 | $490.00 | $637.00 | - | $637.00 |
| 10/05/2024 | JMO | Review and revise motion and preparing notice and order | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 10/07/2024 | JMO | Meeting with M. Abbott and J. Wolff regarding compliance with deficiency notice and show cause order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/07/2024 | JMO | Telephone call with M. VerStandig regarding his illness and need for additional time to respond to motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/07/2024 | JMO | Receive and review order dissolving show cause order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/07/2024 | JMO | E-mailing with court and counsel regarding time to oppose motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:1) Displays items excluding tax*
  *2) "Billed to date" includes draft invoices*
  *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

## Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 10/07/2024 | MEA | Meeting with J. Wolff and J. Orenstein regarding deficiency notice and compliance needs | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 10/08/2024 | JMO | E-mailing with court and K. Eustis regarding extension of time to respond to motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/08/2024 | JMO | E-mailing with court and counsel regarding scheduling status conference | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/09/2024 | JMO | Receive and review order granting extension motion and scheduling order; calendaring events | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 10/09/2024 | JMO | Receive and review amended scheduling order and comparing to first order | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/09/2024 | JMO | Receive and review opposition to motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/10/2024 | JMO | E-mailing M. Abbott regarding balance sheet, cash flow statement and P&L | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/10/2024 | JMO | E-mailing court and counsel regarding dates in scheduling order and regarding court to enter revised order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/10/2024 | JMO | Receive and review amended scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/10/2024 | JMO | Preparing statement regarding no tax returns and e-mailing client regarding same | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/10/2024 | JMO | Planning with J. Wolff regarding service of scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/10/2024 | JMO | Preparing praecipe regarding tax returns, balance sheet, operations, and cash flow | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/10/2024 | MEA | Emailing with J. Orenstein regarding financial documents | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 10/11/2024 | JBW | Certificate of Service - Amended Order Granting Motion to Extend and Subchapter V Scheduling Order | 0.00 | $31.00 | $31.00 | - | $31.00 |
| 10/11/2024 | JMO | Receive and review confirmation of service of scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/14/2024 | JMO | Receive and review draft opposition to motion to dismiss on behalf of WCP | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 10/15/2024 | JMO | Receive and review WCP's opposition to motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/15/2024 | JMO | Preparing joinder to WCP opposition | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/15/2024 | JMO | E-mailing with court and counsel regarding no hearing on 10/16 | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:* 1) Displays items excluding tax
 2) "Billed to date" includes draft invoices
 3) Invoices must be marked printed and sent final to appear under Aged Receivables

## Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 10/18/2024 | JMO | Receive and review 423 Kennedy joinder of trustee dismissal motion | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/21/2024 | JMO | Preparing status report | 1.40 | $490.00 | $686.00 | - | $686.00 |
| 10/21/2024 | JMO | Review and revise status report | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 10/21/2024 | JMO | E-mailing client regarding draft status report | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/22/2024 | JMO | Telephone call with M. VerStandig regarding status report and motion to dismiss | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/23/2024 | JMO | E-mailing with counsel regarding proposed schedule and conflicts following review of draft | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/23/2024 | JMO | Receive and review e-mail from M. VerStandig with comments to status report | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/23/2024 | JMO | Final review and revision of status report | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 10/28/2024 | JMO | E-mailing client regarding 341 prep | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/28/2024 | JMO | E-mailing with counsel regarding scheduling order for motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/29/2024 | JMO | Telephone call with D. Huertas regarding allowed areas of inquiry at 341 | 0.60 | $490.00 | $294.00 | - | $294.00 |
| 10/29/2024 | JMO | Attending 341 meeting | 1.10 | $490.00 | $539.00 | - | $539.00 |
| 10/29/2024 | JMO | Follow-up telephone call with D. Huertas regarding 341 questions, discovery on motion to dismiss and status conference | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/30/2024 | JMO | Preparing plan | 2.30 | $490.00 | $1,127.00 | - | $1,127.00 |
| 10/30/2024 | JMO | Receive and review draft August and September MOR and e-mailing M. Abbott regarding same | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 10/30/2024 | JMO | Planning with M. Abbott regarding MORs | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 10/30/2024 | MEA | Receiving, reviewing, and preparing August and September MORs for filing | 0.50 | $275.00 | $137.50 | - | $137.50 |
| 10/31/2024 | JMO | E-mailing K. Eustis regarding debtor's eligibility for Sub-V | 0.50 | $490.00 | $245.00 | - | $245.00 |
| 10/31/2024 | JMO | Completing plan draft | 1.60 | $490.00 | $784.00 | - | $784.00 |
| 11/01/2024 | JMO | Review and revise plan and appendices | 1.40 | $490.00 | $686.00 | - | $686.00 |
| 11/01/2024 | JMO | E-mailing client and M. VerStandig regarding plan and DIP financing | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:1) Displays items excluding tax*
  *2) "Billed to date" includes draft invoices*
  *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 11/01/2024 | JMO | Research regarding eligibility cases and cases addressing the concept of "engaged in commercial or business activities" | 2.10 | $490.00 | $1,029.00 | - | $1,029.00 |
| 11/01/2024 | JMO | Telephone call with M. VerStandig regarding K. Eustis e-mail and response provided thereto | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 11/04/2024 | JMO | E-mailing regarding comments to plan | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/04/2024 | JMO | Telephone call with client and M. VerStandig regarding plan | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 11/04/2024 | JMO | Final review and revision of plan and appendices | 0.90 | $490.00 | $441.00 | - | $441.00 |
| 11/04/2024 | JMO | E-mailing with client regarding final plan revisions and approval of same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/04/2024 | JMO | E-mailing court regarding login for status conference | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/04/2024 | JMO | E-mailing S. Metz regarding Subchapter V plan and impact of motion to dismiss | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 11/04/2024 | JMO | Preparing certificate of service of plan | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/05/2024 | JMO | Preparing for status hearing | 1.10 | $490.00 | $539.00 | - | $539.00 |
| 11/06/2024 | JMO | Attending status conference | 0.90 | $490.00 | $441.00 | - | $441.00 |
| 11/06/2024 | JMO | E-mailing with K. Eustis regarding no objection on insurance | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/08/2024 | JMO | E-mailing with counsel regarding scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/12/2024 | JMO | E-mailing counsel regarding agreement on scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/13/2024 | JMO | Receive and review scheduling order on motion to dismiss and calendaring events | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 11/15/2024 | JMO | Telephone call with M. VerStandig regarding litigation status | 0.40 | $490.00 | $196.00 | - | $196.00 |
| 11/20/2024 | JMO | Receive and review draft MOR and e-mailing client regarding same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 11/20/2024 | MEA | Receiving, reviewing, and preparing November MOR for filing | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 11/21/2024 | JMO | E-mailing with M. Abbott and client regarding MOR issues | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 11/21/2024 | MEA | Discussing November MOR with J. Orenstein | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 11/27/2024 | JMO | E-mailing with counsel regarding UST's request to extend discovery with depositions the week of January 6 | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/02/2024 | JMO | E-mailing with K. Eustis and client regarding deposition scheduling | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:1) Displays items excluding tax*
   *2) "Billed to date" includes draft invoices*
   *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 12/03/2024 | JMO | E-mailing with T. Pika regarding his assertion of quarterly fees due and reminder of Sub-V | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/16/2024 | JMO | Receive and review Sariri proof of claim | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/16/2024 | JMO | Receive and review developer RE1's motion to extend time to file proof of claim | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/17/2024 | JMO | Receive and review e-mail from K. Eustis regarding subpoena to S. Sariri; reviewing same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/17/2024 | JMO | E-mailing with counsel regarding S. Sariri's conflict and potential alternative dates for deposition | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 12/17/2024 | JMO | Receive and review T. Pika's second request for quarterly fees, research prior response and e-mailing UST regarding no fees due in Sub-V case | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 12/17/2024 | JMO | Research regarding obligation to pay quarterly fees as asserted by US Trustee | 0.90 | $490.00 | $441.00 | - | $441.00 |
| 12/17/2024 | JMO | E-mailing K. Eustis regarding research reflecting no obligation to pay fees as asserted by UST | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/18/2024 | JMO | E-mailing with counsel regarding Mr. Sariri's ability to clear calendar for deposition | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/18/2024 | JMO | Attending hearing on motion to remand adversary proceeding | 1.70 | $490.00 | $833.00 | - | $833.00 |
| 12/18/2024 | JMO | Telephone call with M. VerStandig regarding hearing, quarterly fees and depositions | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 12/18/2024 | JMO | Receive and review draft MOR | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/18/2024 | MEA | Receiving, reviewing, and preparing December MOR for filing | 0.30 | $275.00 | $82.50 | - | $82.50 |
| 12/19/2024 | JMO | E-mailing with K. Eustis regarding UST's request to amend scheduling order on motion to dismiss | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/19/2024 | JMO | Telephone call with M. VerStandig regarding potential modification of scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 12/19/2024 | JMO | E-mailing with K. Eustis regarding revising schedule on motion to dismiss for trial in April or May | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/02/2025 | JMO | Receive and review proposed consent motion and order to modify schedules | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/02/2025 | JMO | E-mailing R. Ours (UST) and counsel for UST and Sariri regarding proposed edits | 0.20 | $490.00 | $98.00 | - | $98.00 |

*Note:1) Displays items excluding tax*
   *2) "Billed to date" includes draft invoices*
   *3) Invoices must be marked printed and sent final to appear under Aged Receivables*

## Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 01/02/2025 | JMO | Receive and revise draft of revised motion and order and e-mailing counsel regarding same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/02/2025 | JMO | E-mailing with counsel regarding all parties' approval of extension | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/03/2025 | JMO | Receive and review consent motion to amend scheduling order | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/06/2025 | JMO | Receive and review virtual hearing notice and e-mailing counsel regarding same | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/07/2025 | JMO | Receive and review revised scheduling order and updating calendar to do list regarding same | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 01/08/2025 | JMO | E-mailing with counsel regarding hearing on motion to extend deadline to file proof of claim and regarding consent order | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 01/08/2025 | JMO | E-mailing court regarding hearing log-in | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/08/2025 | JMO | Attending hearing on motion to extend deadline and concurrent e-mailing with counsel regarding consent order | 1.70 | $490.00 | $833.00 | - | $833.00 |
| 01/09/2025 | JMO | Receive and review order granting motion to extend time to file proof of claim | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/16/2025 | MEA | Receiving, reviewing, and preparing December MOR for filing | 0.10 | $275.00 | $27.50 | - | $27.50 |
| 01/21/2025 | JMO | Planning with M. Abbott regarding filing MOR | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 01/28/2025 | JMO | Telephone call with M. VerStandig regarding discovery timing | 0.30 | $490.00 | $147.00 | - | $147.00 |
| 01/31/2025 | JMO | E-mailing with court and counsel regarding status hearing | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 02/03/2025 | JMO | Telephone conference with M. VerStandig regarding communications with UST and impact on creditors time to file POC | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 02/03/2025 | JMO | E-mailing with court and counsel regarding status conference and regarding moving status conference to 3/26 | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 02/03/2025 | JMO | E-Mailing with S. Metz regarding interim fee application | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 02/04/2025 | JMO | E-Mailing with Adhikari regarding 423 Kennedy's insurance policy and reviewing prior communications and notes for response | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 02/05/2025 | JMO | Receive and review e-mail from K. Eustis regarding assertion that JPK owes quarterly fees | 0.10 | $490.00 | $49.00 | - | $49.00 |

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*

# Matter Billing Guide

**Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|
| 02/06/2025 | JMO | Receive and review e-mail from K. Eustis regarding insurance on 423 Kennedy | 0.10 | $490.00 | $49.00 | - | $49.00 |
| 02/06/2025 | JMO | Telephone conference with M. VerStandig regarding e-mails from K. Eustis regarding quarterly fees and insurance | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 02/06/2025 | JMO | E-mailing K. Eustis regarding insurance 423 Kennedy's insurance policy, stay in litigation, and impact on JPK bankruptcy | 0.20 | $490.00 | $98.00 | - | $98.00 |
| 02/06/2025 | JMO | Preparing Interim Fee Application | 2.40 | $490.00 | $1,176.00 | - | $1,176.00 |
| 02/07/2025 | JMO | Reviewing and revising fee application, preparing notice and draft order | 0.70 | $490.00 | $343.00 | - | $343.00 |
| | | | 78.70 | | $37,130.50 | - | $37,130.50 |

**Billable Later Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|

**Not Billable Fees**

| Date | Biller | Description | Hours | Rate | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|

**Billable Disbursements**

**Expense Recoveries**

| Date | Reference | Description | Quantity | Each | Amount (Ex) | Tax | Amount (Inc) |
|---|---|---|---|---|---|---|---|

*Note:1) Displays items excluding tax*
*2) "Billed to date" includes draft invoices*
*3) Invoices must be marked printed and sent final to appear under Aged Receivables*