UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | * |
| JPK NewCo, LLC | *   Case No. 24-00262-ELG |
| | (Chapter 11) |
| Debtor | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF FIRST APPLICATION OF WOLFF & ORENSTEIN, LLC
FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED FROM JULY 30, 2024, THROUGH FEBRUARY 7, 2025

NOTICE IS HEREBY GIVEN that Wolff & Orenstein, LLC. ("Applicant") has filed pursuant to 11 U.S.C. § 331 its First Application for Allowance of Interim Compensation for Professional Services Rendered from July 30, 2024 through February 7, 2025 (the "Application") pursuant to 11 U.S.C. § 331. The Application seeks an allowance of compensation for services as bankruptcy counsel to the Debtor from July 30, 2024 through February 7, 2025, in the amount of $32,500.00. A copy of the Application is available for review at the Office of the Clerk of the United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

Your rights may be affected. You should read these papers carefully and discuss them with your attorneys, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before March 4, 2025 (plus three extra days if receiving this Notice by first class mail), you or your attorney must:

1.  File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC            1

        Clerk
        United States Bankruptcy Court
        333 Constitution Ave, NW
        Washington, DC 20001

You must also deliver a copy to:

        Jeffrey M. Orenstein, Esq.
        Wolff & Orenstein, LLC
        15245 Shady Grove Road
        Suite 465
        Rockville, Maryland 20850

<u>NOTICE OF HEARING</u>

2.    Please take notice that a hearing for this matter will be held on March 12, 2025 at 10:00 a.m. (Eastern) in the United States Bankruptcy Court for the District of Columbia, Courtroom 1 before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes Lee at Aimee_Mathewes@dcb.uscourts.gov.

If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: February 11, 2024

                                    Respectfully submitted,

                                \s\ Jeffrey M. Orenstein
                                JEFFREY M. ORENSTEIN (#428335)
                                Wolff, & Orenstein, LLC
                                15245 Shady Grove Road
                                North Lobby, Suite 465
                                Rockville, Maryland  20850
                                (301) 250-7232
                                jorenstein@wolawgroup.com

                                Attorneys for JPK NewCo, LLC

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 11th day of February, 2025, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq. @ kburgers@hirschlerlaw.com
Kristen S. Eustis, Esq. @ Kristen.S.Eustis@usdoj.gov
Maurice Belmont VerStandig, Esq. @ mac@mbvesq.com
James D. Sadowski, Esq. @ jds@gdllaw.com
Hugh M. Bernstein, Esq. @ hugh.m.bernstein@usdoj.gov
Stephen A. Metz, Esq. @ smetz@offitkurman.com and MD71@ecfcbis.com

    \s\ Jeffrey M. Orenstein
    Jeffrey M. Orenstein