UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:                                    *

JPK NewCo, LLC                            *    Case No. 24-00262-ELG
                                               (Chapter 11)
         Debtor                           *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF FIRST APPLICATION OF WOLFF & ORENSTEIN, LLC
FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED FROM JULY 30, 2024, THROUGH FEBRUARY 7, 2025

NOTICE IS HEREBY GIVEN that Wolff & Orenstein, LLC. ("Applicant") has filed pursuant to 11 U.S.C. § 331 its First Application for Allowance of Interim Compensation for Professional Services Rendered from July 30, 2024 through February 7, 2025 (the "Application") pursuant to 11 U.S.C. § 331. The Application seeks an allowance of compensation for services as bankruptcy counsel to the Debtor from July 30, 2024 through February 7, 2025, in the amount of $32,500.00. A copy of the Application is available for review at the Office of the Clerk of the United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

Your rights may be affected. You should read these papers carefully and discuss them with your attorneys, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before March 4, 2025 (plus three extra days if receiving this Notice by first class mail), you or your attorney must:

1. File with the Court, at the address shown below, a written objection. If you mail your written objection to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Proposed attorneys for JPK NewCo, LLC          1

       Clerk
       United States Bankruptcy Court
       333 Constitution Ave, NW
       Washington, DC 20001

You must also deliver a copy to:

       Jeffrey M. Orenstein, Esq.
       Wolff & Orenstein, LLC
       15245 Shady Grove Road
       Suite 465
       Rockville, Maryland 20850

## NOTICE OF HEARING

2.    Please take notice that a hearing for this matter will be held on March 12, 2025 at 10:00 a.m. (Eastern) in the United States Bankruptcy Court for the District of Columbia, Courtroom 1 before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes Lee at Aimee_Mathewes@dcb.uscourts.gov.

    If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: February 11, 2024

                                                  Respectfully submitted,

                                                  \s\ Jeffrey M. Orenstein
                                                  JEFFREY M. ORENSTEIN (#428335)
                                                  Wolff, & Orenstein, LLC
                                                  15245 Shady Grove Road
                                                  North Lobby, Suite 465
                                                  Rockville, Maryland  20850
                                                  (301) 250-7232
                                                  jorenstein@wolawgroup.com

                                                  Attorneys for JPK NewCo, LLC

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that on this 11th day of February, 2025, a copy of the foregoing was sent via the Court's CM/ECF system to:

Kristen E Burgers, Esq. @ kburgers@hirschlerlaw.com
Kristen S. Eustis, Esq. @ Kristen.S.Eustis@usdoj.gov
Maurice Belmont VerStandig, Esq. @ mac@mbvesq.com
James D. Sadowski, Esq. @ jds@gdllaw.com
Hugh M. Bernstein, Esq. @ hugh.m.bernstein@usdoj.gov
Stephen A. Metz, Esq. @ smetz@offitkurman.com and MD71@ecfcbis.com

      \s\ Jeffrey M. Orenstein
      Jeffrey M. Orenstein

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JPK NEWCO, LLC | CASE NO: 24-00262-ELG<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>Judge: Gunn<br>Hearing Location: E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. and Zoom<br>Hearing Date: March 12, 2025<br>Hearing Time: 10:00a.m.<br>Response Date: March 4, 2025 plus three days for mailing |

On 2/11/2025, I did cause a copy of the following documents, described below,

Notice of Application of Wolff & Orenstein, LLC for fees from July 30, 2025 through February 7, 2025

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/11/2025

/s/ Jeffrey M. Orenstein
Jeffrey M. Orenstein  428335
Attorney for Debtor
Wolff & Orfenstien, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD  20850
301 250 7232
jorenstein@wolawgroup.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JPK NEWCO, LLC | CASE NO: 24-00262-ELG<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>Judge: Gunn<br>Hearing Location: E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. and Zoom<br>Hearing Date: March 12, 2025<br>Hearing Time: 10:00a.m. |

On 2/11/2025, a copy of the following documents, described below,

Notice of Application of Wolff & Orenstein, LLC for fees from July 30, 2025 through February 7, 2025

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jeffrey M. Orenstein
Wolff & Orfenstien, LLC
15245 Shady Grove Road, Suite 465
Rockville, MD  20850

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or otherwise modified have bypassed the NOF/CM/ECF System - see CERTIFICATE OF SERVICE to receive a first Class USPS Mail Service.

CASE INFO
  LABEL MATRIX FOR LOCAL NOTICING        423 KENNEDY ST HOLDINGS LLC           DEVELOPER RE1 LLC
NCRS ADDRESS DOWNLOAD                    1629 K STREET   NW                    1629 K STREET NW
CASE 24-00262-ELG                        SUITE 300                             SUITE 300
DISTRICT OF DISTRICT OF COLUMBIA         WASHINGTON   DC 20006-1631            WASHINGTON   DC 20006-1631
TUE FEB 11 9-23-22 PST 2025



DEBTOR
JPK NEWCO LLC                            WCP FUND I LLC                        WASHINGTON   DC
8401 GREENSBORO DRIVE                    CO MAURICE B VERTSANDIG   ESQ         E BARRETT PRETTYMAN U S COURTHOUSE
SUITE 960                                THE VERSTANDIG LAW FIRM   LLC         333 CONSTITUTION AVE   NW 1225
MCLEAN   VA 22102-5149                   1452 W HORIZON RIDGE PKWY             WASHINGTON   DC 20001-2802
                                         665
                                         HENDERSON   NV 89012-4422



SHAHEEN SARIRI                           U S TRUSTEE FOR REGION FOUR           JEFFREY M ORENSTEIN
KRISTEN E BURGERS  HIRCHLER              U S TRUSTEES OFFICE                   WOLFF   ORENSTEIN   LLC
1676 INTERNATIONAL DRIVE                 1725 DUKE STREET                      15245 SHADY GROVE ROAD
SUITE 1350                               SUITE 650                             SUITE 465
TYSONS   VA 22102-4940                   ALEXANDRIA   VA 22314-3489            ROCKVILLE   MD 20850-7203



MAURICE BELMONT VERSTANDIG               SHAHEEN SARIRI                        STEPHEN A METZ
THE VERSTANDIG LAW FIRM   LLC            8305 GREENSBORO DRIVE                 OFFIT KURMAN   PA
9812 FALLS ROAD                          UNIT 2319                             7501 WISCONSIN AVE   SUITE 1000W
114-160                                  MCLEAN   VA 22102-7396                BETHESDA   MD 20814-6604
POTOMAC   MD 20854-3976
```