UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 24-00262-ELG |
| | | (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER GRANTING FIRST APPLICATION OF WOLFF & ORENSTEIN, LLC
FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED FROM JULY 30, 2024, THROUGH FEBRUARY 7, 2025

UPON CONSIDERATION of the First Application of Wolff & Orenstein, LLC, for Allowance of Interim Compensation for Professional Services Rendered from July 30, 2024 through February 7, 2025 (the "Application"), and after notice and good cause shown, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that Wolf & Orenstein, LLC, be, and hereby iS awarded, pursuant to 11 U.S.C. § 331, interim compensation for services rendered in this proceeding from July 30, 2024 through

February 7, 2025, in the amount of Thirty-Two Thousand Five Hundred Dollars ($32,500.00); and it is further

ORDERED, that Wolff & Orenstein, LLC, be, and it is hereby, authorized to apply Debtor's Retainer of Twenty-Three Thousand Dollars ($23,000.00) towards the payment of such interim compensation; and it is further

ORDERED, that the balance of the interim award of compensation shall be paid by the Debtor.

WE ASK FOR THIS:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC

**END OF ORDER**