| | | | | | |
|---|---|---|---|---|---|
| **Offit Kurman, P.A.** | | | | | |
| **Client Matter Time Details** | | | | | |
| **JPK NewCo LLL (Case No.: 24-00262)** | | | | | |
| Date | Timekeeper | Billed Hours | Rate | Billed Amount | Narrative |
| 8/8/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review and respond to email re: scheduling of IDI and 341 |
| 8/12/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review App to Employ VerStandig as Special Counsel |
| 8/20/2024 | Metz, Stephen A. | 1.20 | $ 545.00 | $ 654.00 | Attend IDI |
| 8/21/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review objection to app to employ Orenstein |
| 8/27/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Brief review of promissory notes and corporate formation documents |
| 8/27/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Call with VerStandig re: hearing on motion to remand in related case |
| 8/28/2024 | Metz, Stephen A. | 0.50 | $ 545.00 | $ 272.50 | Attend initial hearing on App to Employ VerStandig (continued to 9/25) |
| 8/28/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Orenstein's supplemental filing re: fees and retainer source |
| 9/4/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Email Courtroom Deputy re: 9/25 hearing logistics |
| 9/4/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Emails re: scheduling conflict on 9/25 |
| 9/4/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review Court's Notice to File Missing Documents |
| 9/10/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review order to show cause re missing documents |
| 9/17/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review UST's Supplemental Memorandum |
| 9/17/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review Notice of Time Change of Show Cause Hearing |
| 9/18/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Call with VerStandig re: UST's objections |
| 9/18/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review JPK's Status Report |
| 9/19/2024 | Metz, Stephen A. | 0.50 | $ 545.00 | $ 272.50 | Review VerStandig's and Orenstein's oppositions to UST's filings re: employment and disgorgement |
| 9/23/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review UST's Motion to Dismiss |
| 9/25/2024 | Metz, Stephen A. | 0.30 | $ 545.00 | $ 163.50 | Prepare for hearing on objections to applications to employ and disgorgement motion |
| 9/25/2024 | Metz, Stephen A. | 1.20 | $ 545.00 | $ 654.00 | Attend hearing on applications to employ |
| 9/25/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Call with VerStandig re: 9/25 hearing (post-hearing) |
| 9/30/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Attend 341 (continued to 10/29) |
| 10/2/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Schedules and SOFA |
| 10/6/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Debtor's Motion to Extend Time to Conduct Status Hearing |
| 10/10/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Sariri's opposition to MTD |
| 10/10/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review Amended Scheduling Order |

| | Offit Kurman, P.A. | | | | |
|---|---|---|---|---|---|
| | Client Matter Time Details | | | | |
| | JPK NewCo LLL (Case No.: 24-00262) | | | | |
| Date | Timekeeper | Billed Hours | Rate | Billed Amount | Narrative |
| 10/14/2024 | Metz, Stephen A. | 0.60 | $ 545.00 | $ 327.00 | Review Debtor's opposition to MTD and Statement in Support of MTD filed by creditors |
| 10/15/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Call with VerStandig re: opposition to motion to dismiss |
| 10/15/2024 | Metz, Stephen A. | 0.10 | $ 545.00 | $ 54.50 | Review Debtor's Opposition to MTD |
| 10/16/2024 | Metz, Stephen A. | 1.00 | $ 545.00 | $ 545.00 | Attend initial hearing on motion to dismiss |
| 10/27/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Plan Report |
| 10/29/2024 | Metz, Stephen A. | 1.00 | $ 545.00 | $ 545.00 | Attend 341 |
| 11/4/2024 | Metz, Stephen A. | 0.50 | $ 545.00 | $ 272.50 | Review Sub V Plan |
| 11/4/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Email Orenstein re: Plan |
| 11/6/2024 | Metz, Stephen A. | 0.70 | $ 545.00 | $ 381.50 | Attend Status Hearing |
| 12/17/2024 | Metz, Stephen A. | 0.20 | $ 545.00 | $ 109.00 | Review Motion to Extend Time to file POCs |
| 1/4/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Consent Motion to Modify Scheduling Order on UST MTD |
| 1/7/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Review Amended Scheduling Order on UST MTD |
| 1/8/2025 | Metz, Stephen A. | 0.20 | $ 600.00 | $ 120.00 | Prepare for hearing on motion to extend time to file POC |
| 1/8/2025 | Metz, Stephen A. | 0.30 | $ 600.00 | $ 180.00 | Attend hearing on motion to extend time to file POC |
| 1/31/2025 | Metz, Stephen A. | 0.50 | $ 600.00 | $ 300.00 | Call with VerStandig re: next steps |
| 2/3/2025 | Metz, Stephen A. | 0.20 | $600.00 | $ 120.00 | Emails with VerStandig and Orenstein re: fee applications |
| 2/11/2025 | Metz, Stephen A. | 0.20 | $600.00 | $ 120.00 | Review emails re: fee applications and call with Orenstein re: case status |
| 2/11/2025 | Metz, Stephen A. | 0.50 | $ 600.00 | $ 300.00 | Review and revise Fee Application, notice, order |
| Total | | 14.30 | | $ 7,920.00 | |