Stephen A. Metz, Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 | Fax: (240) 507-1735
smetz@offitukurman.com
*Attorney for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JPK NewCo LLC | * | Case No. 24-00262-ELG |
| | * | Chapter 11 – Subchapter V |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

**NOTICE IS HEREBY GIVEN** that Stephen A. Metz, Trustee ("Applicant") has filed pursuant to 11 U.S.C. § 331 its Application for Compensation in a case under Subchapter V of Chapter 11 (the "Application") pursuant to 11 U.S.C. § 331. The Application seeks an allowance of compensation for services as Subchapter V Trustee from August 8, 2024 through February 11, 2025 in the amount of $7,920.00. A copy of the Application is available for review at the Office of the Clerk of the United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorneys, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the application, or if you want the Court to consider your views on the matter, then on or before **March 5, 2025**, you or your attorney must:

      1.      File with the Court, at the address shown below, a written objection.  If you mail your written objection to the court for filing, you must mail it early enough so the court will receive it **on or before the date stated above**.

> **Clerk**
> **United States Bankruptcy Court**
> **333 Constitution Ave, NW**
> **Washington, DC 20001**

You must also deliver a copy to:

> Stephen A. Metz
> Offit Kurman, P.A.
> 7501 Wisconsin Ave, Suite 1000W
> Bethesda, MD 20814

## NOTICE OF HEARING

      2.      Please take notice that a hearing for this matter will be held on **March 12, 2025 at 10:00 a.m. (Eastern)** in the United States Bankruptcy Court for the Eastern District of Columbia, Courtroom 1 before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

      If you or your attorneys do not take these steps, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated:  February 12, 2025

      Respectfully submitted,

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 Fax: (240) 507-1735
smetz@offitkurman.com
*Subchapter V Trustee*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2025, I served a copy of this **Notice of Application for Compensation,** via first class mail, postage prepaid, to:

Office of the U. S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314-3489

And all creditors on the attached Court's consolidated matrix

The following received a copy of this Fee Application on December 11, 2024, via CM/ECF:

- **Hugh M Bernstein**   hugh.m.bernstein@usdoj.gov
- **Kristen E Burgers**   kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**   smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**   jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**   jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**   USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

　　　　　　　　　　　　　　　　　　　　/s/  Stephen A. Metz
　　　　　　　　　　　　　　　　　　　　Stephen A. Metz

4896-3797-2502, v. 1

3