**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JPK NewCo LLC | * | Case No. 24-00262-ELG |
| | * | Chapter 11 – Subchapter V |
| Debtor | * | |

*****************************************************************************

**ORDER GRANTING APPLICATION FOR COMPENSATION**
**IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11**

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Stephen A. Metz, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as a chapter 11 administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the Application be and hereby is GRANTED

**ORDERED**, that the Applicant's claim is allowed as a chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $7,920.00 for Trustee's fees, which the Debtor shall pay to the Trustee; and it is further

**ORDERED**, That the Court shall retain jurisdiction over all matters related to this Order.

WE ASK FOR THIS:

 /s/ Stephen A. Metz
Stephen A. Metz, DC Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
(240) 507-1723

SEEN:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: _____
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227 – Direct Dial
Kristen.S.Eustis@usdoj.gov

**END OF ORDER**

4905-0304-7958, v. 1