Label Matrix for local noticing
0090-1
Case 24-00262-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Wed Feb 12 11:33:18 EST 2025

423 Kennedy St Holdings LLC
1629 K Street, NW
Suite 300
Washington, DC 20006-1631

Developer RE1 LLC
1629 K Street NW
Suite 300
Washington, DC 20006-1631

JPK NewCo LLC
8401 Greensboro Drive
Suite 960
McLean, VA 22102-5149

WCP Fund I LLC
c/o Maurice B. VertSandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy
#665
Henderson, NV 89012-4422

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Shaheen Sariri
Kristen E. Burgers, Hirchler
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Jeffrey M. Orenstein
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, MD 20850-7203

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854-3976

Shaheen Sariri
8305 Greensboro Drive
Unit 2319
McLean, VA 22102-7396

Stephen A. Metz
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814-6604

End of Label Matrix
Mailable recipients    11
Bypassed recipients     0
Total                  11