The order below is hereby signed.

Signed: February 24 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-262-ELG |
| | ) | (Chapter 11) |
| JPK NEWCO LLC | ) | |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER GRANTING**
**THE UNITED STATES TRUSTEE'S MOTION TO**
**<u>DISMISS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)</u>**

Upon consideration of The United States Trustee's Motion to Dismiss Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b) (the "Motion," as found at DE #37); the opposition of Shaheen Sariri ("Mr. Sariri") thereto, DE #48; the opposition of WCP Fund I LLC ("WCP") thereto, DE #56; the opposition of JPK NewCo LLC ("JPK" or the "Debtor") thereto, DE #58; governing law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

FOUND, that the Debtor has failed to pay the quarterly fee due to the United States Truste (the "US Trustee"), pursuant to Section 1930(a)(6)(B)(i) of Title 28 of the United States Code, for the period of time between when the order for relief was entered in this case and when the Debtor elected to thereafter proceed under Subchapter V of Chapter 11 of the United States Code; and it is further

1

FOUND, that the failure to pay the foregoing fee constitutes cause for dismissal, pursuant to the allowances of Section 1112(b)(4)(K) of Title 11 of the United States Code; and it is therefore

ORDERED, that the above-captioned action be, and hereby is, DISMISSED; and it is further

ORDERED, that dismissal of this action be, and hereby is, WITHOUT PREJUDICE; and it is further

ORDERED, that the grounds of dismissal underlying this order are expressly limited to those set forth *supra*; and it is further

ORDERED, that this case shall remain administratively open for a period of twenty eight (28) days, and this Honorable Court shall retain jurisdiction to hear any applications for compensation that may be filed, during the subject time period, by any professional person(s) believing they are entitled to such compensation pursuant to the allowances of Section 330 of Title 11 of the United States Code, but such shall not be construed as a bar to the Debtor sooner petitioning for Chapter 11 relief should the Debtor so elect.

We ask for this:

*/s/ Jeffrey M. Orenstein, Esq. with permission*
Jeffrey M. Orenstein, Esq.
Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
*Counsel for JPK NewCo, LLC*

*/s/ Maurice B. VerStandig, Esq. with permission*
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

Seen and Agreed:

*/s/ Kristen E. Burgers, Esq. with permission*
Kristen E. Burgers, Esq.
D.C. Bar No. 500674
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, Virginia  22102
Telephone: (703) 584-8900
Email:  kburgers@hirschlerlaw.com
*Counsel for Shaheen Sariri*

*/s/ Kristen S. Eustis, Esq.*
Kristen S. Eustis, Esq.
Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

3