The order below is hereby signed.

Signed: March 6 2025



*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| JPK NewCo, LLC | * | Case No. 24-00262-ELG |
| | | (Chapter 11) |
| Debtor | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING APPLICATION OF WOLFF & ORENSTEIN, LLC FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED FROM JULY 30, 2024, THROUGH FEBRUARY 7, 2025

UPON CONSIDERATION of the First Application of Wolff & Orenstein, LLC ("Applicant"), for Allowance of Interim Compensation for Professional Services Rendered from July 30, 2024 through February 7, 2025 (the "Application"), the bankruptcy case having been dismissed but the Court having reserved jurisdiction to consider the Application, after notice and good cause

1

shown, and no objections to the Application having been filed[1], it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that Applicant, be, and hereby is awarded, pursuant to 11 U.S.C. § 331, final compensation for services rendered in this proceeding from July 30, 2024 through February 7, 2025, in the amount of Thirty-Two Thousand Five Hundred Dollars ($32,500.00); and it is further

ORDERED, that Applicant, be, and it is hereby, authorized to apply Debtor's Retainer of Twenty-Three Thousand Dollars ($23,000.00) towards the payment of such compensation; and it is further

ORDERED, that the Debtor shall cause the balance of the award of compensation to be paid to Applicant.

---

[1] The Court is aware of the filing of the Limited Objection to Application for Compensation Filed By Wolff & Orenstein, LLC as Attorney's for Debtor (the "Filing") that was filed on behalf of Developer RE1 LLC and 423 Kennedy St Holdings LLC. A review of the Filing reflects no objection to the hourly rates charged by Applicant, the amount of time spent by Applicant, the necessity of the services provided by Applicant, or any other issue that is related to the compensation sought in the Application. In fact, the Filing specifically states:

> This limited objection is not being filed to cast any dispersions on the Applicant or to otherwise imply that the Applicant participated in a bad faith filing or did anything improper, but rather to preserve Developer RE1's and 423 Kennedy's rights to seek sanctions against those persons that are later found to have participated in the filing of a bankruptcy case in bad faith.

The Filing does not impact the Court's consideration of the Application and does not raise any issues that require the Court's attention at this time.

WE ASK FOR THIS:

\s\ Jeffrey M. Orenstein
JEFFREY M. ORENSTEIN (#428335)
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland  20850
(301) 250-7232
jorenstein@wolawgroup.com

Attorneys for JPK NewCo, LLC


Seen:


/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov


**END OF ORDER**