The order below is hereby signed.

Signed: March 10 2025



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JPK NewCo LLC | * | Case No. 24-00262-ELG |
| | * | Chapter 11 – Subchapter V |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING APPLICATION FOR COMPENSATION
## IN A CASE UNDER SUBCHAPTER V OF CHAPTER 11

Upon consideration of the Application for Compensation in a Case Under Subchapter V of Chapter 11 (the "Application") filed by Stephen A. Metz, Subchapter V Trustee herein, ("Applicant"), seeking an order allowing payment of Trustee's fees as a chapter 11 administrative claim pursuant to § 330 and § 503 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the Application be and hereby is GRANTED

**ORDERED**, that the Applicant's claim is allowed as a chapter 11 administrative expense claim pursuant to 11 U.S.C. §§ 330(a), 503(a), 503(b)(2), 503(b)(3)(d) and 503(b)(4) in the amount of $7,920.00 for Trustee's fees, which the Debtor shall pay to the Trustee; and it is further

Case 24-00262-ELG    Doc 89    Filed 03/13/25    Entered 03/14/25 00:05:10    Desc Imaged
                         Certificate of Notice    Page 2 of 4

**ORDERED**, That the Court shall retain jurisdiction over all matters related to this Order.

WE ASK FOR THIS:

  /s/ Stephen A. Metz
Stephen A. Metz, DC Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
(240) 507-1723

SEEN:

MATTHEW W. CHENEY
Acting United States Trustee, Region 4

By: /s/ Kristen S. Eustis
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227 – Direct Dial
Kristen.S.Eustis@usdoj.gov

**END OF ORDER**

4905-0304-7958, v. 2

United States Bankruptcy Court

District of Columbia

In re:  Case No. 24-00262-ELG
JPK NewCo LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 11, 2025      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JPK NewCo LLC, 8401 Greensboro Drive, Suite 960, McLean, VA 22102-5149 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Hugh M Bernstein | on behalf of U.S. Trustee U. S. Trustee for Region Four hugh.m.bernstein@usdoj.gov |
| James D. Sadowski | on behalf of Interested Party 423 Kennedy St Holdings LLC jds@gdllaw.com mer@gdllaw.com |
| James D. Sadowski | on behalf of Interested Party Developer RE1 LLC jds@gdllaw.com mer@gdllaw.com |
| Jeffrey M. Orenstein | on behalf of Debtor JPK NewCo LLC jorenstein@wolawgroup.com kdriscoll@wolawgroup.com;mwolff@wolawgroup.com |
| Kristen E Burgers | on behalf of Petitioning Creditor Shaheen Sariri kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |

District/off: 0090-1 | User: admin | Page 2 of 2
Date Rcvd: Mar 11, 2025 | Form ID: pdf001 | Total Noticed: 1

Maurice Belmont VerStandig
   on behalf of Debtor JPK NewCo LLC mac@mbvesq.com
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
   on behalf of Interested Party WCP Fund I LLC mac@mbvesq.com
   lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Stephen A. Metz
   smetz@offitkurman.com MD71@ecfcbis.com

U. S. Trustee for Region Four
   USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 10