Stephen A. Metz, Bar No 89738
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 | Fax: (240) 507-1735
smetz@offitukurman.com
*Subchpater V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| JPK NewCo LLC | * | Case No. 24-00262-ELG |
| | * | Chapter 11 – Subchapter V |
| Debtor | * | |

****************************************************************

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Trustee's Name, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $ 0. The case was dismissed with no plan confirmed and no plan payments made to the trustee. Pursuant to 11 U.S.C. § 330(a), on March 11, 2025 the Court ordered compensation of $7,920.00 be awarded to the trustee. These funds were paid by the debtor to the trustee on or about March 25, 2025. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Respectfully submitted,

/s/ Stephen A. Metz
Stephen A. Metz, Bar No. 463044
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Phone: (240) 507-1723 | Fax: (240) 507-1735
smetz@offitukurman.com
*Subchapter V Trustee*

Dated: February 4, 2026

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of February, 2026, the following received a copy of this filing, via CM/ECF:

- **Hugh M Bernstein**    hugh.m.bernstein@usdoj.gov
- **Kristen E Burgers**    kburgers@hirschlerlaw.com, ndysart@hirschlerlaw.com
- **Kristen S. Eustis**    Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Stephen A. Metz**    smetz@offitkurman.com, MD71@ecfcbis.com
- **Jeffrey M. Orenstein**    jorenstein@wolawgroup.com, kdriscoll@wolawgroup.com;mwolff@wolawgroup.com
- **James D. Sadowski**    jds@gdllaw.com, mer@gdllaw.com
- **U. S. Trustee for Region Four**    USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                  /s/ Stephen A. Metz
                                                  Stephen A. Metz

4924-3496-0781, v. 1