## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                        *
                                              *
     JPK NewCo LLC                 *    Case No. 24-00262-ELG
                                              *    Chapter 11 – Subchapter V
Debtor                                        *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE IN DISMISSED CASE

It appearing to the Court that the Subchapter V Trustee in the above−entitled case has performed all duties required of him in the administration of said estate;

ORDERED, that the Subchapter V Trustee be and he/she hereby is discharged from and relieved of his trust.

### END OF ORDER

WE ASK FOR THIS:

/s/ Stephen A. Metz
Stephen A. Metz, Esquire (Bar No. 89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
TEL:   (240) 507-1723
FAX:   (240) 507-1735
Email: smetz@offitkurman.com
*Subchapter V Trustee*

SEEN:

/s/ Kristen S. Eustis
Kristin S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov

4921-0570-7917, v. 1